UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30216-MAP

CARLOS CLAUDIO COTTO,

           Plaintiff,

v.

BERKSHIRE MANUFACTURING CORPORATION,

           Defendant.

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as attorney for defendant Berkshire Manufacturing Corporation.

Dated:   Springfield, Massachusetts
          January 7, 2005

LAW OFFICES OF ROBERT ARONSON

By _____
     Robert Aronson, Esq.

101 State Street
Springfield, Massachusetts 01103
Telephone:  (413) 733-2600
Facsimile:  (413) 737-4318
BBO No. 541800

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on January 7, 2005.

_____
Robert Aronson