UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30216-MAP

CARLOS CLAUDIO COTTO,

           Plaintiff,

v.

BERKSHIRE MANUFACTURING CORPORATION,

           Defendant.

CORPORATE DISCLOSURE STATEMENT
OF
DEFENDANT BERKSHIRE MANUFACTURING CORPORATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, defendant Berkshire Manufacturing Corporation ("Berkshire") states that there is no parent corporation of Berkshire and that no publicly held corporation owns 10% or more of the stock of Berkshire.

Dated:  Springfield, Massachusetts
        January 7, 2005

                              LAW OFFICES OF ROBERT ARONSON

                              By _____
                                   Robert Aronson, Esq.

Attorney for Defendant
101 State Street
Springfield, Massachusetts 01103
Telephone:  (413) 733-2600
Facsimile:  (413) 737-4318
BBO No. 541800

1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on January 7, 2005.

_____
Robert Aronson