# United States District Court

DISTRICT OF _Massachusetts_

Carlos Cotto

### SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

Berkshire Mfg, Corp.

04-CV-30216-Map

TO: (Name and address of defendant)

Berkshire Mfg. Corp. 175 Progress Ave, SpFld
C/o Donald Shulz
248 Granville Road
Southwick, MA 01077

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Suzanne Garrow

Heisler, Feldman & McCormick, P.C.
1145 Main Street, Suite 508
Springfield, MA 01103   /

an answer to the complaint which is herewith served upon you, within _____20_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

11-04-04

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

N.

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

December 21, 2004

I hereby certify and return that on 12/21/2004 at 01:50 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT & DEMAND FOR JURY & NOT. OF AVAILABILTY OA A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION in this action in the following manner: To wit, by delivering in hand to DONALD SHULZ, PRESIDENT, person in charge at the time of service for BERKSHIRE MANUFACTURING CORPORATION, 175 PROGRESS Avenue, SPRINGFIELD, MA 01104.Conveyance ($3.60), Travel ($7.68), Basic Service Fee ($30.00), Mailing ($1.00), Attestation X 1 ($5.00) Total Charges $47.28

Deputy Sheriff  ALFRED B. BADONE

_____
Deputy Sheriff

☐ Other *(specify):* _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
          Date

_____
Signature of Server

_____
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.