UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.  04-cv-30216-MAP

_____-
                                            :
CARLOS CLAUDIO COTTO,          :
                                            :
                    Plaintiff,          :
                                            :
v.                                           :
                                            :
BERKSHIRE MANUFACTURING    :
CORPORATION,                          :
                    Defendant.        :
_____-:

## JOINT PROPOSED PRETRIAL STATEMENT

Pursuant to Local Rule 16.1(D), Carlos Cotto ("plaintiff"), and Berkshire

Manufacturing Corporation, ("defendant"), submit the following Joint Proposed

Pretrial Statement.  Counsel for the parties conferred pursuant to Fed. R. Civ. P.

26(f) and Local Rule 16.1(B).

A.       Pursuant to Local Rule 16.1(D)(1), the joint discovery plan is as

follows:

1.       The parties' initial disclosures pursuant to Fed.R.Civ.P. 26(a) shall be

served on or before February 28, 2005.

2.       All written discovery, with the exception of Requests for Admissions, shall

be served on or before April 15, 2005, and all responses thereto shall be due

according to the Federal Rules of Civil Procedure deadlines for discovery

responses.

3.       All non-expert depositions will be completed by August 15, 2005 – subject

to extension if motions to compel are necessary.

4.      Plaintiff will serve disclosures and reports of all expert witnesses required under Fed. R. Civ. P. 26(a)(2) by October 15, 2006.

5.      Defendant will serve disclosures and reports of all expert witnesses required under Fed. R. Civ. P. 26(a)(2) by December 15, 2005.

6.      All expert depositions will be completed by February 15, 2006 -- subject to extension if motions to compel are necessary.

7.      All written Requests for Admissions shall be served by March 15, 2005, with responses due by April 15, 2006.

8.      The parties each confirm his/its obligation to limit discovery as set forth in Fed. R. Civ. P. 26(b).

        B.      Pursuant to Local Rule 16.1(D)(2):

1.      All motions for summary judgment will be filed by May 15, 2006.

2.      Oppositions to any Motion for Summary Judgment will be filed by June 15, 2006. Any Replies to the Oppositions will be filed by June 29, 2006.

3.      Should Motions for Summary Judgment not be filed by the above date, or should any such motions be denied by the court in whole or in part, the Court will convene another conference to explore settlement and to establish dates for a final pretrial conference and trial.

        C.      Pursuant to Local Rule 16.1(D)(3), certifications signed by counsel and an authorized representative of each party will be filed with the Court.

        D.      Pursuant to Local Rule 16.1(B) the parties consent to trial by magistrate judge.

Respectfully submitted,

DEFENDANT                                              PLAINTIFF CARLOS COTTO
BERKSHIRE MANUFACTURING                               By his attorney,
CORPORATION,
By its attorney,



 /s/ Robert Aronson                                     /s/ Suzanne Garrow
Robert Aronson BBO#541800                             Suzanne Garrow BBO#636548
Law Offices of Robert Aronson                         sgarrow@comcast.net
101 State Street                                      Heisler, Feldman & McCormick, P.C.
Springfield, Massachusetts 01103                      1145 Main Street, Suite 508
Phone: (413)733-2600                                  Springfield, MA  01103
Fax: (413) 737-4318                                   Phone: (413) 788-7988
                                                      Fax: (413) 788-7996