UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CARLOS CLAUDIO COTTO,

        Plaintiff,

v.

BERKSHIRE MANUFACTURING CORPORATION,

        Defendant.

DOCKET NO. 3:04-cv-30216-MAP

**PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

The undersigned hereby certify pursuant to Local Rule 16.1 (D)(3) that has conferred with counsel on the following topics:

    a)    establishing a budget for the costs of conducting the full course - and various alternative courses - of this litigation; and

    b)    options for resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

DATE: 2-9-05

                                                        _/s/ Carlos H. Claudio_
                                                    CARLOS CLAUDIO COTTO

Respectfully submitted
PLAINTIFF CARLOS CLAUDIO COTTO
By his attorney,


__/s/ Suzanne Garrow_____
Suzanne Garrow BBO# 636548
sgarrow@comcast.net
Heisler, Feldman & McCormick, P.C.
1145 Main Street, Suite 508
Springfield, MA  01103
Ph. (413) 788-7988
Fax (413) 788-7996

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above was served on the attorneys of record for the defendant via first class mail on _____.


/s/ Suzanne Garrow
Suzanne Garrow