UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30216-MAP

CARLOS CLAUDIO COTTO,            :
                                 :
                    Plaintiff,   :
                                 :
        v.                       :
                                 :
BERKSHIRE MANUFACTURING CORPORATION, :
                                 :
                    Defendant.   :
                                 :

CERTIFICATIONS
OF
DEFENDANT BERKSHIRE MANUFACTURING CORPORATION

Pursuant to the January 11, 2005 Notice Of Scheduling Conference and Local Rule 16.1(D)(3), the undersigned hereby certify that they have conferred with respect to:

(1) Establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation.

(2) Considering the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated:  Springfield, Massachusetts
        February 22, 2005

                    LAW OFFICES OF ROBERT ARONSON

                    By _____
                        Robert Aronson, Esq.

Attorney for Defendant

1

101 State Street
Springfield, Massachusetts 01103
Telephone:  (413) 733-2600
Facsimile:  (413) 737-4318
BBO No. 541800


BERKSHIRE MANUFACTURING CORPORATION


By _____
            Donald Schulz, President


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was
served upon the attorney of record for each other party by hand
on February 22, 2005.

_____
            Robert Aronson