UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PABLO CLAUDIO COTTO,              )
         Plaintiff(s)      )
                           )
                           )
    v.                          )      Civil Action No.  04-30216-KPN
                           )
                           )
BERKSHIRE MANUFACTURING           )
CORPORATION,                      )
         Defendant(s))

SCHEDULING ORDER
February 22, 2005

NEIMAN, U.S.M.J.

The court hereby establishes the following schedule:

1. The parties shall complete their automatic disclosures by February 28, 2005.

2. All written discovery with the exception of requests for admissions, shall be served by April 15, 2005.

3. Non-expert depositions shall be completed by August 15, 2005.

4. Counsel shall appear for a case management conference on August 31, 2005, at 10:00 a.m. in Courtroom Three.

5. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by October 14, 2005.

6. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by December 15, 2005.

7. All expert depositions shall be completed by February 15, 2006.

8. All requests for admissions shall be served by March 15, 2006.

IT IS SO ORDERED.

DATED: February 22, 2005                /s/ Kenneth P. Neiman
                                        KENNETH P. NEIMAN
                                        U.S. Magistrate Judge