UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PABLO CLAUDIO COTTO,             )
                Plaintiff     )
                               )
v.                               )   Civil Action No. 04-30216-KPN
                               )
                               )
                               )
BERKSHIRE MANUFACTURING          )
CORPORATION,                     )
                Defendant     )

FURTHER SCHEDULING ORDER
August 31, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by October 14, 2005.

2. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by December 15, 2005.

3. Motions for summary judgment shall be filed no later than January 18, 2006 and opposed fourteen days after service.

4. All expert depositions shall be completed by February 15, 2006.

5. All requests for admissions shall be served by March 15, 2006.

6. Trial shall commence on May 1, 2006, at 9:00 a.m.

7. Counsel shall appear for a final pretrial conference on April 18, 2006, at

2:00 p.m. in Courtroom Three.  Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this date.

IT IS SO ORDERED.

DATED:   August 31, 2005

      /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge