# EXHIBIT A

# Heisler, Feldman & McCormick, P.C.

Attorneys at Law

Hugh D. Heisler
Joel H. Feldman
Thomas J. McCormick
Suzanne Garrow
Sarah E. Lazare
 *Access to Justice Fellow*

September 13, 2005

**VIA FACSIMILE AND FIRST CLASS MAIL**

Robert Aronson, Esq.
Law Offices of Robert Aronson
101 State Street
Springfield, MA 01103

Re:   ***Carlos Cotto v. Berkshire Manufacturing Corp.***
   ***Civil Action No. 04-cv-30216-MAP***

Dear Mr. Aronson:

   I was surprised to find a Motion to Compel Answers to Deposition Questions in the mail today and filed by you in the above matter.  The methodology you attempted to adopt at the deposition was a flagrant violation of the Court's Order.  You left me no other option than to object on that basis.  In particular, you attempted to ask Mr. Cotto questions in English and prohibited the interrupter from translating them into Spanish.  The Court had previously ordered that "the deposition shall be conducted in the usual manner when an interpreter is utilized, i.e., having the interpreter translate the questions from English to Spanish and the answers from Spanish to English (without a requirement that Plaintiff indicate each time in English whether or not he understands the question)."  The Court went on to say "in so ruling, the court deems the deposition itself to be an inappropriate methodology by which to measure Plaintiff's English-speaking/understanding proficiency as it relates to the employment context. So ordered."

   I will expect that you will withdraw the motion no later than Friday September 16, 2005 at noon.  Otherwise I will seek sanctions pursuant to Federal Rule of Civil Procedure 37(a)(4) for opposing such a frivolous motion.

   Very truly yours,

   /s/  Suzanne Garrow
   Suzanne Garrow