UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

CARLOS CLAUDIO COTTO,

        Plaintiff,                DOCKET NO. 3:04-cv-30216-KPN

v.

BERKSHIRE MANUFACTURING
CORPORATION,

        Defendant.
_____

**PLAINTIFF'S MOTION TO EXTEND
DEADLINE TO DESIGNATE EXPERT**

      The plaintiff hereby moves this Court to extend the deadline for designating his expert from October 14, 2005, to November 10, 2005. As grounds therefore, the plaintiff states:

      1.    The plaintiff's expert has been working on his disclosure in this matter for some time;

      2.    Based on the expert's schedule, counsel's schedule and the press of other business, the plaintiff's expert has been unable to complete his report and does not anticipate being able to do so before October 14, 2005;

      3.    The time for completing expert depositions does not run until February 15, 2006, and a trial in this matter is scheduled for May 1, 2006, so no prejudice will inure to the defendant if the Court grants a short extension of time for the plaintiff to provide an expert report;

4. Conversely, great prejudice will inure to the plaintiff if he is unable to utilize the services of his expert because the expert could not provide a report by October 14, 2005.

5. The plaintiff has sought no extensions in this matter to date;

6. The defendant could not be reached for its position on this motion.

WHEREFORE, the plaintiff requests that this Court allow the plaintiff to provide an expert report by November 10, 2005.

           THE PLAINTIFF
           By his Attorney,

Dated: October 11, 2005   /s/ Suzanne Garrow
           Suzanne Garrow BBO# 636548
           Heisler, Feldman & McCormick, P.C.
           1145 Main Street, Suite 508
           Springfield, MA 01103
           (413) 788-7988

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above was served on the attorney of record for the defendant via first class mail on this date.

           /s/ Suzanne Garrow
            Suzanne Garrow