UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PABLO CLAUDIO COTTO,              )
                Plaintiff     )
                               )
v.                                )    Civil Action No. 04-30216-KPN
                               )
                               )
                               )
BERKSHIRE MANUFACTURING           )
CORPORATION,                      )
                Defendant     )

REVISED SCHEDULING ORDER
October 20, 2005

NEIMAN, U.S.M.J.

The following revised schedule was established at the court hearing this day:

1. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by November 10, 2005.

2. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by January 13, 2006.

3. Motions for summary judgment shall be filed no later than January 18, 2006 and opposed fourteen days after service.

4. All expert depositions shall be completed by February 28, 2006.

5. All requests for admissions shall be served by March 15, 2006.

6. Trial shall commence on May 1, 2006, at 9:00 a.m.

7. Counsel shall appear for a final pretrial conference on April 18, 2006, at 2:00 p.m. in Courtroom Three.  Pre-trial memoranda shall be prepared in

accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered on August 31, 2005.

IT IS SO ORDERED.

DATED:   October 20, 2005

                                         /s/ Kenneth P. Neiman  
                                         KENNETH P. NEIMAN  
                                         U.S. Magistrate Judge