UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30216-KPN

_____
CARLOS CLAUDIO COTTO,

                       Plaintiff,

        v.

BERKSHIRE MANUFACTURING CORPORATION,

                       Defendant.
_____

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

      Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, and for the reasons set forth in the accompanying Memorandum of Law, Affidavit of Donald J. Schulz and Defendant's Statement Of Material Facts With Respect To Which There Is No Genuine Issue To Be Tried, defendant Berkshire Manufacturing Corporation respectfully moves for summary judgment dismissing the claims of plaintiff Carlos Claudio Cotto with prejudice.

Dated:  Springfield, Massachusetts
         January 6, 2006

                                       LAW OFFICES OF ROBERT ARONSON

                                       /s/ Robert Aronson
                            By _____
                                Robert Aronson, Esq.

Attorney for Defendant Berkshire
  Manufacturing Corporation
101 State Street
Springfield, Massachusetts  01103
Telephone: (413) 733-2600
Facsimile: (413) 737-4318
BBO No. 541800

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic filing on January 6, 2006.

/s/ Robert Aronson
_____
Robert Aronson