UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30216-KPN

_____
                                                    :
CARLOS CLAUDIO COTTO,                               :
                                                    :
                                   Plaintiff,       :
                                                    :
            v.                                      :
                                                    :
BERKSHIRE MANUFACTURING CORPORATION,                :
                                                    :
                                   Defendant.       :
_____ :


## AFFIDAVIT OF DONALD J. SCHULZ

Donald J. Schulz states, under the penalties of perjury, that:

1.  I am the president of defendant Berkshire Manufacturing Corporation ("Berkshire") and submit this affidavit in support of Berkshire's motion for summary judgment.

2.  Berkshire was formed by me in or about 1983 and, since that time, I have been the president and chief operating officer of Berkshire.  Since July 1997 when plaintiff Carlos Claudio Cotto ("Cotto") was first hired, Berkshire has been engaged only in the business of providing electro-chemical plating and finishing services on various fabricated metal parts (such as automotive, plumbing and electrical parts, scientific instruments, printed circuits, medical and optical devices and general industrial parts) which are received from its customers.

3.  Berkshire is a small "job shop".  While Berkshire has had repeat customers, to

a large extent the amount of work at Berkshire at any given time depends upon the number of customers, and the number of parts of each customer, for which Berkshire is performing plating services.  A specific job for a customer at Berkshire may consist of plating from only 1 to as many as hundreds of parts, and the plating of a customer's part(s) may take from just 1 hour to a number of weeks.  Although large variations occur, on average Berkshire performs plating services for approximately 100-200 different customers (parts) each week.

 4.  During the period from July 1997 to the present, Berkshire has been managed and supervised primarily by me and by Roberta Desjardins ("Desjardins").  I have over 40 of industrial shop experience and Desjardins has over 25 years of experience.  Desjardins and I, together with 2 or 3 (depending upon the time period) forepersons, are responsible for instructing employees with respect to how to perform the work at Berkshire.  Neither I, nor Desjardins or the forepersons at Berkshire, speak or understand Spanish.

 5.  Since 1997 Berkshire has, depending upon the amount of available work, had between 11 and 21 employees.  The current number of Berkshire employees is less than it was in November 2003 when Cotto was laid off.  Between 40 and 80% of the individuals employed by Berkshire at any given time during the period from 1997 to date were of Hispanic origin.

**<u>RACKINGK, PLATING AND UNRACKING PROCEDURES AT BERKSHIRE</u>**:

 6.  The procedures performed by Berkshire with respect to the plating of metal parts are complex, have demanding quality standards (and thus are reject prone) and

2

vary significantly depending upon the nature of the hundreds of different parts which are being plated. Generally, the parts are first buffed or polished on a polishing/buffing wheel with abrasive compounds for the purpose of insuring that the surface of the part is smooth and burr-free. Once polished/buffed, between 1 and 300 parts are "racked" or attached (fixtured) to a metal, plastisol (PVC) covered plating rack in a specific manner depending upon the type of parts which are being plated and the specific plating procedure which must be followed (photographs of typical plating racks used at Berkshire are contained in the Exhibit Appendix[1] as Exhibit C). The plating racks are then immersed by hand in a specified sequence of from 5 to 125 different (sometimes electrified) tanks (a picture of a portion of the plating tank area at Berkshire is contained in the Exhibit Appendix as Exhibit D) which are approximately 3 feet wide, 3-6 feet long and 4 feet deep and contain sometimes hazardous and/or poisonous chemicals (such as sulfuric acid, hydrochloric acid, nitric acid, hydroflouric acid, potassium cyanide, sodium cyanide, chromic acid and/or sodium hydroxide) for the purpose of first cleaning and then coating (plating) the racked parts with a specified metal (such as gold, silver, nickel, tin, copper, zinc or chrome). After they have been plated the parts are removed from the rack (unracked), inspected, counted, allocated to a customer's order and shipped to the customer. The entire racking, plating and unracking procedure usually takes from 1 to 3 hours depending upon the number of tanks involved.

      7. By way of example, the following is the procedure for the initial <u>racking</u> of an aluminum motorcycle transmission housing with bronze bushings which Berkshire plated with copper and then chrome (a job involving approximately 30 - 50 parts which

---

[1] Because some of the exhibits in connection with Berkshire's motion are photographs, an Exhibit Appendix is being served and filed by mail, rather than electronically.

Berkshire performed approximately 2 times a year):  initially inspect the housing to insure it is properly polished and complies with polishing standards; insert 2 #5 neoprene plugs on both ends of the bushing plug 5/16 hole in the flat face; insert a red neoprene plug in a tapped hole used for oil fill; insert a 5/16 white pull plug in a 5/16 tapped hole in the flange; insert a tapered white silicon plug in the fine threaded side hole; locate a 6-piece rack for plating; adjust the prongs on the rack to insure they can accommodate the housing; fixture the housings on the rack with the fill hole facing the anodes in a vertical direction; and insure that the housings are aligned on the rack so they will not fall off.

      8.  In connection with the racking of the transmission housings (and other parts) employees must be given oral instructions[2] with respect to (among numerous other things) the manner for:  selecting the correct rack (from hundreds of different racks) and insuring that the rack is not damaged; determining whether the rack must be stripped or cleaned of chemicals from the last job on which it was used and, if required, the method for cleaning the rack; plugging or masking areas of the parts to be fixtured on the rack which are not to be plated; placing the parts on the rack; determining the number of parts which may be placed on the rack; and determining whether there are any bad contacts on the racks.

      9.  Once it has been racked, the following is the (42 step) sequence of the specific tanks into which the transmission housing must be immersed in connection with the <u>copper</u> <u>plating</u> of the housing:  ultrasonic cleaning tank with 2 generators for 2 minutes; rinse (water) tank for 10 seconds; aluminum soak tank for 2 minutes (insuring the tank

---

[2] Although written instructions may be utilized, in most cases the instructions with respect to the racking, plating and unracking procedures are orally given to employees.

temperature is 140 degrees F); rinse (water) tank for 10 seconds (insuring the surface of the housing is water break (bead) free and if not, immersing the parts in the aluminum soak tank for another 2 minutes); hot sulfuric acid tank for 1-1/2 minutes (insuring the tank temperature is 135 degrees F) until vigorous gassing occurs; nitric hydroflouric acid tank (insuring that not too much hot sulfuric acid is dragged out); nitric hydroflouric acid tank for 10 seconds (insuring that the housing has a white appearance); rinse (water) tank for 10 seconds; rinse (water) tank for 10 seconds; nitric hydroflouric tank for 15 seconds; rinse (water) tank for 10 seconds; rinse (water) tank for 5 seconds; zincate solution tank for 45 seconds (insuring that the tank temperature is 85 degrees F and that the housing has a gray appearance); rinse (water) tank for 15 seconds; rinse (water) tank for 10 seconds; rinse (water) tank for 10 seconds; rinse (water) tank for 5 seconds; rinse (water) tank for 3 seconds; nickel solution tank (other than the Dur-nickel or Tri-nickel tanks) for 15 minutes at 40 amperes per square foot of surface area; rinse (water) tank for 10 seconds; rinse (water) tank for 8 seconds; rinse (water) tank for 6 seconds; rinse (water) tank for 3 seconds; rinse (water) tank for 3 seconds; rinse (water) tank for 3 seconds; hydrochloric acid tank for 10 seconds; rinse (water) tank for 10 seconds; rinse (water) tank for 5 seconds; copper cyanide solution tank for 30 seconds at 4 volts; rinse (water) tank for 10 seconds; rinse (water) tank for 5 seconds; rinse (water) tank for 10 seconds; acid copper tank for 2-1/2 to 3 hours at 40 amperes per square foot of surface area; rinse (water) tank for 5 seconds; rinse (water) tank for 5 seconds; hot water tank for 5 seconds; hot water tank for 5 seconds; hot water tank for 5 seconds; de-ionized water rinse tank for 3 seconds; de-ionized water rinse tank for 3 seconds; de-ionized water rinse tank for 3 seconds; de-ionized water rinse tank for 3 seconds; and

then insertion into enclosed drying tank.

    10.  After they have been copper plated, the housings must be unracked, the plugs removed and the housings again polished to eliminate any surface defects.  The housings must then be re-plugged and re-racked and immersed in the following (33 step) sequence of specific tanks in connection with the <u>chrome</u> <u>plating</u> of the housings: ultrasonic cleaning tank with 2 generators for 3 minutes; rinse (water) tank for 3 seconds; aluminum soak tank for 2 minutes (insuring the tank temperature is 140 degrees F); direct current clean tank for 1 minute; reverse current clean tank for 1 minute; rinse (water) tank for 5 seconds; rinse (water) tank for 5 seconds; brass acid tank for 15 seconds; rinse (water) tank for 5 seconds; rinse (water) tank for 5 seconds; duplex nickel solution tank for 30 minutes; TriNi nickel solution tank for 1 minute; bright nickel solution tank for 20 minutes; DurNi solution tank for 1-1/2 minutes; rinse (water) tank for 5 seconds; rinse (water) tank for 5 seconds; rinse (water) tank for 5 seconds; rinse (water) tank for 5 seconds; rinse (water) tank for 5 seconds; nickel activate tank for 20 seconds; chrome tank for 3 minutes; dragout tank for 10 seconds; rinse (water) tank for 5 seconds; rinse (water) tank for 5 seconds; rinse (water) tank for 5 seconds; hot water tank for 3 seconds; hot water tank for 3 seconds; hot water tank for 3 seconds; de-ionized water rinse tank for 3 seconds; de-ionized water rinse tank for 5 seconds; de-ionized water rinse tank for 4 seconds; de-ionized water rinse tank for 3 seconds; and then insertion into an enclosed drying tank.

    11.  In connection with the plating of the transmission housings (and other parts) instructions must be given to employees regarding (among numerous other things):  the correct tank sequence for the plating; the manner for determining whether the tempera-

ture, PH, bipolar conditions and the electrical current density of the plating tanks are correct; the length of time the parts should be immersed in each tank; the length of time between immersion of the parts in the tanks; the manner for determining if there are water breaks on the parts after rinsing; the manner for insuring that parts do not touch the sides of the tanks; the method for tilting the racks if there is a cupping problem; the manner for insuring the racks are properly drained to avoid contaminating subsequent tanks with chemicals; the manner for insuring the tanks are clean and the rinse flow is functioning properly; the manner for determining if there is smutt (powder residue) on the parts; the manner for insuring the cathode bars are clean; the method for and circumstances under which chemicals must (or cannot) be added to the tanks; the manner for insuring the tank solutions are at the proper level; the manner for insuring that there are no bad contacts on the rack; the manner for determining and planning for tank availability; and the manner for monitoring the pitting and roughness of a part.

    12.  Finally, in connection with the _unracking_ of the transmission housings (and other parts) employees must be given instructions with respect to (among numerous other things) the manner for: removing a part from the rack to avoid damaging the part; testing a part with threaded holes to insure that there is no residue on the threads and that the threads have not been overplated; removing excess residue on the parts when the plugs are removed; insuring that all areas of the part are plated; insuring that areas which have been plugged have not been plated; determining the proper brightness level of the part; insuring that the part has the proper plating adhesion; and inspecting the part to insure it complies with the customer's specifications and has the correct appearance.

13. In addition, because of, and depending upon, the complexity and variability of the racking, plating and unracking procedures, there are a multitude of issues which arise throughout the day with respect to the procedures which are not included in the initial instructions. Consequently, Desjardins, the forepersons at Berkshire and I must constantly monitor the employees who are performing the procedures and continuously give them additional, supplemental instructions and assistance regarding (among numerous other things) how to avoid problems with respect to the procedures, the manner for correcting any problems which do occur and how to avoid being injured during the procedures.

14. If the instructions with respect to the racking, plating and unracking procedures are not precisely followed, the plated part will not meet the quality standards of, and therefore can not be shipped to, the customer. In some cases a defectively plated part must be discarded and Berkshire must pay the customer for the discarded part. Alternatively, if it is possible to salvage the part, Berkshire must then incur the substantial costs of stripping, and again racking, plating and unracking, the part, before it can be returned to the customer. In addition, if the instructions regarding the proper sequence and procedure for the plating of a part are not correctly followed, it is possible that the employee who is performing the plating can be burned either by the heat of or the acids contained in the plating tanks. Consequently, it is critical to the safe and efficient operation of Berkshire's business that Berkshire's employees strictly adhere to the instructions relating to the specific procedures for racking, plating and unracking of metal parts.

**COTTO'S EMPLOYMENT FROM
<u>JULY 1997 TO NOVEMBER 2003</u>:**

15. Although he had no prior experience, Cotto was hired on a full time basis by Berkshire on July 17, 1997 at the suggestion of another Berkshire employee exclusively for the purpose of racking and unracking one (1) specific stainless steel part for an automobile headlight ("lightshield") for the Eaton Corporation which were chrome-plated by Berkshire. At that time approximately 30-40% of Berkshire's business was attributable to the plating of lightshields for Eaton.

16. Cotto was (and is) not able to understand oral (or written) instructions in English with respect to the procedures for racking and unracking parts (much less with respect to plating). When he was hired, Desjardins, the forepersons and I were, with the assistance of other bilingual employees at Berkshire, able to instruct Cotto on the procedures for racking and unracking the Eaton lightshields because the procedures were relatively simple. In addition, once Cotto learned the instructions, he did not have to be given any further instructions because the racking/unracking procedures for the Eaton lightshields did not change and Cotto could merely follow the same instructions he had learned by repeating the same racking/unracking procedures.

17. During the period from November 1997 to November 2001, virtually the only job which Cotto performed at Berkshire was the racking and unracking of the Eaton lightshields. On those occasions (approximately 3 times) when the amount of Eaton lightshield work at Berkshire decreased (or ceased altogether when Eaton would use other plating companies), Berkshire laid Cotto off for periods of from 1 day to 9 months. When the Eaton work returned to Berkshire and/or the amount of Eaton work increased, Berkshire rehired Cotto.

18. In or about November 2001 Berkshire permanently lost the Eaton lightshield

job.  Notwithstanding the loss of the Eaton lightshield work, and in order to help Cotto so that he would not have to find another job, Berkshire assigned Cotto to rack and unrack the following parts (primarily) for the following (6) other customers of Berkshire:  Dossert Corporation (copper/brass electrical connectors which were plated with tin), Carteret Die Casting Company (zinc die cast parts used in car antennae which were plated with copper, nickel and chrome), Rothchild Company (lead figurines which were plated with nickel and gold), Design Tech Inc. (small brass caps used in automobile reflectors which were plated with silver), Evercel Corporation (stainless steel electrodes used in commercial batteries which were plated with cobalt) and A & D Sheet Metal (aluminum housings used in power supplies which were chemically coated with chromate).

19.  As with Eaton, the racking and unracking instructions with respect to each of these 6 jobs were relatively simple and repetitive.  And although it was significantly more difficult and time-consuming to give Cotto the initial instructions (with the help of other bilingual Berkshire employees) relating to the racking/unracking procedures for the 6 jobs because the number of procedures (and related instructions) had increased, ultimately Cotto was able to learn the instructions and perform the procedures.[3]

20.  In contrast to the Eaton job, however, none of these 6 jobs was steady or continuous and, sometimes for significant periods, generated no work at all, and during the period from November 2001 to November 2003 the amount of the work with respect to these 6 jobs decreased or ceased altogether.  As it had done with the Eaton job, Berkshire laid Cotto off (approximately 5 times) and then rehired him depending upon

---

[3] During the period from November 2001 through November 2003, Cotto also performed some (less than 5% of his time) elementary plating work for Dossert (and possibly Rothchild).  However, the plating instructions were also relatively simple (less than 7 steps) and, once learned by Cotto, could be repeatedly performed with little additional instruction.

the amount of work which Berkshire had in connection with the 6 jobs. As of November 2003, Rothchild, Evercel and Design Tech had gone out of business and the racking and unracking of the Dossert, Carteret and A&D parts only required a total of approximately 5-20 hours of work per week.

21. In addition, as a result of the expanding global economy over the last few years and the increasing use of substitutes (such as plastic) for metal parts, the amount of metal plating work at Berkshire has generally declined from approximately $1,700,000 of revenues in 1999 to only approximately $1,000,000 of revenues in 2003. Moreover, the simple, repetitive, long-term jobs which in the past had comprised more than 50% of Berkshire's business were being outsourced to countries (such as China, Korea and India) where the labor is substantially cheaper and governmental oversight with respect to the use of chemicals and disposal of toxic waste is much less demanding.

22. In an attempt to remain competitive in this evolving economy, during the period from in or about July 2002 to October 2003 Berkshire made a substantial capital outlay to adapt its operations to accommodate the less repetitive, more complex and shorter term work with greater efficiency (less employees) by installing all new equipment and relocating the equipment within Berkshire's shop area, as a result of which Berkshire's sales per employee hour since October 2003 have increased by between 20 to 40% (depending upon the time period).

23. However, notwithstanding the changes which were made by Berkshire, in or about October and November 2003 Berkshire's monthly revenues still decreased by approximately 50% (from approximately $112,000 to approximately $66,000) and

Berskshire sustained substantial losses during the last quarter of 2003. As a result, and because he was the least senior racker/unracker at Berkshire, on November 11, 2003 Berkshire was (again) forced to lay Cotto off for lack of work.[4] Berkshire did not lay Cotto off on November 11, 2003 because he was not able to understand oral instructions in English regarding the racking, plating and/or unracking procedures at Berkshire.

**BERKSHIRE'S INABILITY TO
<u>REHIRE COTTO AFTER NOVEMBER 2003</u>**:

24. Since November 2003 the (decreased amount of) racking/unracking for the Dossert, Carteret and A & D Sheet Metal jobs has been performed by individuals who had been employed at Berkshire before Cotto was laid off. In addition, the amount of other racking and unracking work at Berkshire has not significantly increased. Consequently, Berkshire has not been able to rehire Cotto.

25. Berkshire has not hired anyone to replace Cotto. Although Berkshire has advertised for and hired new employees since November 2003, they were employed primarily for jobs other than racking, plating and unracking parts.

26. Moreover, since November 2003 the simple, repetitive and long term plating jobs have comprised only approximately 10% of Berkshire's business. The plating jobs which Berkshire is now able to attract primarily consist of non-repetitive work which are of much shorter duration (usually lasting less than 1 day (sometimes for only 1/2 hour) and involving only 1 to 100 parts which are more expensive), have racking and plating sequences which are substantially more complex (sometimes involving the use of over

---

[4] Berkshire, however, continued to pay for Cotto's health insurance for at least 3 months after he was laid off. In addition, while he was employed, Berkshire gave Cotto (and other employees at Berkshire) vacation pay, weekly and annual bonuses for good attendance and holiday bonuses.

12

100 different tanks) and have significantly higher quality standards.  Thus, while a typical plating job at Berkshire <u>prior</u> <u>to</u> November 2003 consisted of hundreds of parts, lasted for approximately 1-2 weeks and involved the use of approximately 6-10 tanks, <u>after</u> November 2003 a typical plating job at Berkshire has consisted of an average of 5 to 50 parts, has lasted from between a few hours to only 1-2 days and involves the use of approximately 30 to 50 tanks.

      27.  As noted above, when the jobs at Berkshire were relatively simple, repetitive and lasted for long periods of time, the instructions with respect to the racking and unracking (and minimal plating) for a particular job could be given to Cotto (with the assistance of other employees who were bilingual) and, once the instructions were learned by him, Cotto could perform the racking and unracking (and minimal plating) without further (or very little) additional instruction or supervision for long periods of time.

      28.  However, since the jobs at Berkshire have become more complex, less repetitive and last for shorter time periods with significantly smaller numbers of parts, it is now necessary to continuously instruct and supervise employees to insure that the racking, plating and unracking procedures are performed correctly.  And because of the necessity for such continuous instruction and supervision, it is no longer possible to utilize other bilingual employees at Berkshire to translate English instructions into Spanish for Cotto because that would require the bilingual (translating) employee to spend too much time assisting in the translation and not enough time doing his/her own work.

      29.  Simply stated, in order for Berkshire to conduct the plating business it has had since in or about November 2003 in a safe and efficient manner, Berkshire no longer has the luxury of employing individuals who are not able to understand oral in-

structions in English. Indeed, if Berkshire is not permitted to require that the employees who rack, plate and unrack parts at Berkshire be capable of understanding oral instructions in English, there is substantial doubt whether Berkshire will be able to continue as a (marginally) profitable business.[5]

    30. Therefore, Berkshire has not been able to rehire Cotto since November 2003 because there has not been a sufficient amount of racking/unracking work at Berkshire and, even if there were, the work is more complex, less repetitive and of a shorter duration and, consequently, Cotto is not able to perform the work because of his inability to understand oral instructions in English.

    31. Berkshire did not intentionally (or otherwise) discriminate against Cotto based upon his Hispanic national origin.

Sworn to under the penalties of perjury on January 6, 2006.

                                                        /s/ Donald J. Schulz
                                  _____
                                           Donald J. Schulz

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic filing on January 6, 2006.

                                                        /s/ Robert Aronson
                                             _____
                                             Robert Aronson

---

[5] Berkshire's cumulative net loss for the past 4 years is ($13,000).