UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30216-KPN

_____

CARLOS CLAUDIO COTTO,

                       Plaintiff,

      v.

BERKSHIRE MANUFACTURING CORPORATION,

                       Defendant.
_____

**DEFENDANT'S MOTION**
**FOR LEAVE TO FILE REPLY PAPERS**

     Pursuant to Rule 7.1(B)(3) of the Local Rules for the United States District Court For The District of Massachusetts, defendant Berkshire Manufacturing Corporation respectfully requests permission to file reply papers in connection with its motion for summary judgment within fourteen (14) days after the service by plaintiff Carlos Claudio Cotto of any papers in opposition to such motion on the grounds that it is anticipated that such reply papers may assist the Court in the determination of defendant's motion.

Dated:  Springfield, Massachusetts
          January 6, 2006

                                    LAW OFFICES OF ROBERT ARONSON

                                    /s/ Robert Aronson
                        By _____
                            Robert Aronson, Esq.

Attorney for Defendant Berkshire
  Manufacturing Corporation
101 State Street
Springfield, Massachusetts  01103
Telephone:  (413) 733-2600
Facsimile:  (413) 737-4318
BBO No.  541800

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic filing on January 6, 2006.

        /s/ Robert Aronson
        _____
        Robert Aronson