UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30216-KPN

_____
                                            :
CARLOS CLAUDIO COTTO,                       :
                                            :
                         Plaintiff,         :
                                            :
            v.                              :
                                            :
BERKSHIRE MANUFACTURING CORPORATION,        :
                                            :
                         Defendant.         :
_____ :

**DEFENDANT'S MOTION TO COMPEL PLAINTIFF
TO SUPPLEMENT EXPERT WITNESS REPORT**

For the reasons set forth hereinafter, defendant Berkshire Manufacturing Corporation ("Berkshire") respectfully moves, pursuant to Rules 37(a)(2) and 26(a)(2)(B) of the Federal Rules of Civil Procedure, to compel plaintiff Carlos Caudio Cotto ("Cotto") to supplement the written report of its expert witness:

1. On or about November 4, 2004, Cotto commenced this action. In his complaint Cotto alleges that Berkshire discriminated against him (only) on the basis of his national origin in violation of Title VII of the 1964 Civil Rights Act (42 U.S.C. §2000e-2(a)(1)) and M.G.L. c. 151B, §§4(1) and (16A), and seeks the award of injunctive relief, compensatory and punitive damages, reasonable attorneys fees and litigation costs. In its answer Berkshire denied the operative allegations in Cotto's complaint (including any discrimination against Cotto on the basis of his national origin or otherwise) and as-

serted various affirmative defenses.

2. On November 5, 2005, Cotto served the written report of Dr. Robert A. Rosenthal ("Rosenthal") ("Report") (a copy of which is annexed hereto as Exhibit A), Cotto's expert witness with respect to Cotto's economic loss damages.

3. After stating his "data and assumptions", Rosenthal conclusorily opined (Report at Page 5) that:

> Using the methodologies and applying the assumptions described above, we present the economic losses of Mr. Cotto with the several scenarios previously mentioned.
>
> Scenario (A): No Additional Work During the Off-season
>
> | **Additional Years With Berkshire** | **Losses** |
> |---|---|
> | 5 Years | $84,492 |
> | 10 Years | 163,149 |
> | 20 Years | 290,913 |
>
> Scenario (B):  With Additional Work During the Off-season
>
> | **Additional Years With Berkshire** | **Losses** |
> |---|---|
> | 5 Years | $71,267 |
> | 10 Years | 135,145 |
> | 20 Years | 258,448 |

4. However, the Report does not explain how Rosenthal calculated the (above) "losses" figures which are set forth in the Report.  Accordingly, in contravention of Rule 26(a)(2)(B), the Report does not "contain a complete statement of all opinions to be expressed and the basis and reasons therefor, ..."

5. In order to prepare properly for trial, it is submitted that Berkshire is entitled to know the manner in which Rosenthal calculated the amounts of Cotto's "losses".  Such information is even more critical because, in order to reduce the expenses of litigating

this action, Berkshire may not conduct the deposition of Rosenthal and, therefore, the information will not be able to be obtained at a deposition.

      6.  In accordance with Local Rule 37.1, counsel for Berkshire requested counsel for Cotto to supplement the Report by providing an explanation of the manner in which the "losses" figures were calculated, but counsel for Cotto declined to do so.

      7.  By reason of the foregoing, Berkshire respectfully requests that Cotto be compelled to supplement the Report of Rosenthal by explaining the manner in which the amounts of the "losses" set forth in the Report were calculated within ten (10) days after the determination of this motion.

Dated:  Springfield, Massachusetts
       January 7, 2006

                              LAW OFFICES OF ROBERT ARONSON

                                  /s/ Robert Aronson
                        By _____
                                Robert Aronson, Esq.

Attorney for Defendant Berkshire
  Manufacturing Corporation
101 State Street
Springfield, Massachusetts  01103
Telephone:  (413) 733-2600
Facsimile:  (413) 737-4318
BBO No.  541800

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic filing on January 7, 2006.

                                  /s/ Robert Aronson
                                _____
                                Robert Aronson