UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30216-KPN

CARLOS CLAUDIO COTTO,

            Plaintiff,

v.

BERKSHIRE MANUFACTURING CORPORATION,

            Defendant.

**DEFENDANT'S EXHIBIT APPENDIX
IN CONNECTION WITH
<u>DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>**

Dated: Springfield, Massachusetts
       January 6, 2006

LAW OFFICES OF ROBERT ARONSON

By _____
       Robert Aronson, Esq.

Attorney for Defendant Berkshire
  Manufacturing Corporation
101 State Street
Springfield, Massachusetts 01103
Telephone: (413) 733-2600
Facsimile: (413) 737-4318
BBO No. 541800

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on January 6, 2006.

_____
Robert Aronson