UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARLOS CLAUDIO COTTO, | : |
| Plaintiff, | : DOCKET NO. 3:04-cv-30216-KPN |
| v. | : |
| BERKSHIRE MANUFACTURING CORPORATION, | : |
| Defendant. | : |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL**

The plaintiff respectfully submits this Opposition to the defendant's Motion to Compel.

**FACTS AND PROCEDURAL POSTURE**

The Court is well versed in the facts of this case. The plaintiff, Carlos Claudio Cotto, seeks equitable relief and compensatory and punitive damages against Defendant Berkshire Manufacturing Corporation under Title VII of the Civil Rights Act and the Massachusetts laws against discrimination, M.G.L. c. 151B. As the defendant admits, it discriminated against Mr. Cotto on the basis of his national origin. Mr. Cotto is a Puerto Rican man who primarily speaks and understands Spanish. The defendant admits it laid him off and failed to recall him to a position because of his lack of English fluency. Mr. Cotto alleges that he was not recalled to what was ostensibly the same position he performed well for seven years.

Mr. Cotto alleges that the discrimination had a negative impact upon him

1

and that it caused him to lose pay, benefits and perquisites of his employment and caused him emotional distress. The plaintiff specially retained an expert, Dr. Robert A. Rosenthal, Professor of Economics and Director, Center for Regional and Policy Analysis, Martin Institute for Law and Society, Stonehill College, to determine economic losses he suffered and will suffer in the future.

## ARGUMENT

Federal Rule of Civil Procedure 26(a)(2)(B) provides that disclosures relating to anyone giving expert testimony who is retained or specially employed to provide expert testimony:

Be accompanied by a written report prepared and signed by the witness. The report shall contain a complete statement of all opinions to be expressed and the basis and reasons therefor; the data or other information considered by the witness in forming the opinions; any exhibits to be used as a summary of or support for the opinions; the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years.

As is plain from his report, Dr. Rosenthal has fully set forth his opinions in compliance with the federal rules of procedure regarding economic losses suffered by Mr. Cotto as a result of his termination from Berkshire Manufacturing Corporation. As an exhibit to its motion the defendant provided the Court a copy of the report authored by Dr. Rosenthal. Over five well reasoned pages, Dr. Rosenthal sets forth his methodology and extensively addresses the basis and reasons underlying his opinion. He also fully sets forth the data and information he considered when forming his opinion. Finally, there is no allegation that the report is lacking in any other requirement. In fact, it is not and fully complies with

the rules.

If the defendant seeks further information regarding Dr. Rosenthal's detailed report it has the option of deposing him. There is over a month until the deadline for expert depositions runs for it to do so. Otherwise, the Court should find that Dr. Rosenthal's report fully complies with Fed. R. Civ. P. 26(a)(2)(B).

## CONCLUSION

WHEREFORE, the plaintiff requests that the Court deny the defendant's motion to compel.

                CARLOS CLAUDIO COTTO
                By his attorney,


                /s/ Suzanne Garrow
                Suzanne Garrow BBO # 636548
                Heisler, Feldman & McCormick, P.C.
                1145 Main Street, Suite 508
                Springfield MA  01103
                (413)788-7988
                (413)788-7996 (fax)

Dated: January 11, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served by electronic mail on the attorney of record for the defendant on this date.

                /s/ Suzanne Garrow
                Suzanne Garrow