UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                        :
CARLOS CLAUDIO COTTO,            :
                                                        :
              Plaintiff,            :    DOCKET NO.  3:04-cv-30216-KPN
                                                        :
v.                                                    :
                                                        :
BERKSHIRE MANUFACTURING  :
CORPORATION,                              :
              Defendant.        :
_____:

**ASSENTED TO MOTION TO EXTEND DEADLINE FOR *PLAINTIFF*
TO FILE OPPOSITION TO SUMMARY JUDGMENT AND
ASSENTED TO MOTION FOR *DEFENDANT* TO FILE REPLY BRIEF**

      The plaintiff hereby moves this Court to extend the deadline for filing his opposition to the defendant's Motion for Summary Judgment and supporting papers.  As grounds therefore, the plaintiff states:

      1.      The plaintiff's counsel has been diligently working on a response;

      2.      The plaintiff's counsel has been called to trial on January 30, 2006, in the matter of Calvo v. Lussier et al., 02-CV-899.

      3.      The trial is a complex housing discrimination/ Section 8 matter with a jury in Worcester Housing Court with approximately 8 witnesses and expected to last the better part of a full week of full trial days;

      4.      The summary judgment motion in this matter is extensively briefed by defendant, including with a 14 page factual affidavit containing new information; the motion also raises a number of complex legal and factual issues;

5. According to the most recent scheduling order in this matter dated October 20, 2005, the response would be due January 23, 2006, which is 7 days before the response would be required to be served and filed under the Federal Rules of Civil Procedure.

6. Despite the plaintiff's counsel's efforts and given her trial schedule, counsel is unable to provide a complete response by either the date in the order or the date required by the Federal Rules of Procedure and seeks until **February 10, 2006**, to provide a response.

7. No prejudice will inure to the defendant if additional time is allowed for the plaintiff to respond to summary judgment. Conversely, great prejudice will inure to the plaintiff if his counsel who is currently involved in trial preparation is not allotted additional time to fully prepare his opposition to summary judgment.

8. The plaintiff has sought only one previous, brief extension in this matter to date and has sought none with regard to his opposition to summary judgment;

9. The **defendant** *assents* to this extension;

10. In addition, the **plaintiff** *assents* to the defendant being allowed 14 days after service of his opposition to the defendant's Motion for Summary Judgment in which to provide a reply in response to any opposition set forth by the plaintiff.

WHEREFORE, the plaintiff requests that this Court allow the plaintiff to provide his opposition to the pending Motion for Summary Judgment and supporting papers by **February 10, 2006**.

|  |  |
|---|---|
|  | THE PLAINTIFF<br>By his Attorney, |
| Dated:  January 17, 2006 | /s/ Suzanne Garrow<br>Suzanne Garrow BBO# 636548<br>Heisler, Feldman & McCormick, P.C.<br>1145 Main Street, Suite 508<br>Springfield, MA 01103<br>(413) 788-7988 |