UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
:
CARLOS CLAUDIO COTTO,              :
                                    :
            Plaintiff,              :   DOCKET NO. 3:04-cv-30216-KPN
                                    :
v.                                  :
                                    :
BERKSHIRE MANUFACTURING             :
CORPORATION,                        :
            Defendant.              :
_____:

## MOTION TO EXCEED PAGE LIMIT
## ON LEGAL MEMORANDUM

The Plaintiff respectfully moves this Court for leave to file a legal Memorandum in opposition to the Defendant's Motion for Summary Judgment which exceeds the twenty (20) page limit specified in Local Rule 7.1(B)(4). As grounds for this motion, Plaintiff states:

1.     The Defendant has filed a motion for summary judgment on all of the Plaintiff's claims raised in her complaint.

2.     The additional pages of legal argument in the Memorandum portion of the Plaintiff's Opposition is necessary in order to fully respond to the issues raised in the pending motion and adequately present both the factual and legal arguments supporting the Plaintiff's opposition to the pending summary judgment motion.

|  |  |
|---|---|
| Dated: February 10, 2006 | Respectfully submitted,<br>CARLOS CLAUDIO COTTO<br>By his attorney,<br><br>_____/s/ Suzanne Garrow_____<br>Suzanne Garrow BBO # 636548<br>Heisler, Feldman, McCormick & Garrow P.C.<br>1145 Main Street, Suite 508<br>Springfield MA  01103<br>(413)788-7988<br>(413)788-7996 (fax) |