UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CARLOS CLAUDIO COTTO,

          Plaintiff,         :    DOCKET NO.  3:04-cv-30216-KPN

v.

BERKSHIRE MANUFACTURING
CORPORATION,
          Defendant.

## AFFIDAVIT OF SUZANNE GARROW IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

1.      I am counsel for the plaintiff Carlos Claudio Cotto.

2.      Exhibit 1, attached to this Affidavit, is a true and accurate copy of the selected portions of the deposition transcript of Donald J. Schulz.

3.      Exhibit 2, attached to this Affidavit, is a true and accurate copy of Defendant's Verified Response to Plaintiff's Interrogatories.

4.      Exhibit 3, attached to this Affidavit, is a true and accurate copy of selected portions of the deposition transcript of Robert Desjardins.

5.      Exhibit 4, attached to this Affidavit, is a true and accurate copy of the selected portions of the deposition transcript of Carlos Claudio Cotto.

6.      Exhibit 5, attached to this Affidavit, is a true and accurate copy of the selected portions of the deposition transcript of Juan Robles.

7.      Exhibit 6, attached to this Affidavit, is a true and accurate copy of Defendant's Verified Response to Plaintiff's Massachusetts Commission Against Discrmination

Charge.

8.      Exhibit 7, attached to this Affidavit, is a true and accurate copy of an

advertisement placed by Berkshire as acknowledged on page 139 of the deposition of

Donald J. Schulz.

9.      Exhibit 8, attached to this Affidavit, is a true and accurate copy of the Affidavit of

Carlos Claudio Cotto.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS DAY

DATE:2/10/2006

SUZANNE GARROW

2