UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30216-KPN

_____
                                                :
CARLOS CLAUDIO COTTO,                           :
                                                :
                              Plaintiff,         :
                                                :
              v.                                 :
                                                :
BERKSHIRE MANUFACTURING CORPORATION,            :
                                                :
                              Defendant.         :
_____ :


**DEFENDANT'S MOTION**
**FOR LEAVE TO FILE MEMORANDUM EXCEEDING 20 PAGES**


        Pursuant to Rule 7.1(B)(4) of the Local Rules for the United States District Court

For The District of Massachusetts, defendant Berkshire Manufacturing Corporation

("Berkshire") respectfully requests permission to file a Reply Memorandum Of Law ex-

ceeding 20 pages in connection with Berkshire's pending motion for summary judgment

on the grounds that the papers in opposition to the motion served by plaintiff Carlos

Claudio Cotto ("Claudio") have changed the legal theory upon which Claudio had previ-

ously represented he was proceeding, have therefore raised numerous issues which

were not addressed in Berkshire's original motion papers and more than 20 pages is

required in order to respond to such issues.


Dated:  Springfield, Massachusetts
        February 24, 2006

LAW OFFICES OF ROBERT ARONSON

/s/ Robert Aronson
By _____
Robert Aronson, Esq.

Attorney for Defendant Berkshire
  Manufacturing Corporation
101 State Street
Springfield, Massachusetts   01103
Telephone:  (413) 733-2600
Facsimile:  (413) 737-4318
BBO No.  541800

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic filing on February 24, 2006.

/s/ Robert Aronson
_____
Robert Aronson