UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30216-KPN

_____
                                              :
CARLOS CLAUDIO COTTO,                         :
                                              :
                              Plaintiff,      :
                                              :
            v.                                :
                                              :
BERKSHIRE MANUFACTURING CORPORATION,          :
                                              :
                              Defendant.      :
_____:


## AFFIDAVIT OF JUAN ROBLES

Juan Robles states, under the penalties of perjury, that:

1. I have been employed by defendant Berkshire Manufacturing Corporation ("Berkshire") since in or about October 1995 as a racker and a plater, and I have no administrative or "paper-work" duties at Berkshire.

2. I am submitting this affidavit at the request of Donald J. Schulz, the president of Berkshire of my own free will and I have not been coerced or threatened in any way by Mr. Schulz or anyone else at Berkshire.

3. I would like to clarify the testimony I gave at my deposition in this case.

4. From 1995 to around 2002 or 2003 most of the racking and plating which I did at Berkshire involved large numbers of the same parts.

5. The number of those types of jobs and the number of parts which had to be

racked and plated on those types of jobs has decreased. To my knowledge a large number of those types of jobs are no longer at Berkshire.

      6. Since around 2003 or 2004 most of my time has been spent racking and plating new jobs. These new types of jobs last for no more than a few hours or days. These new types of jobs have a lot less parts that have to be racked and plated than the old jobs. The racking and plating of these new jobs is more complicated than the old jobs and the new jobs have a higher rejection rate because the quality standards of the customers are higher.

      7. I usually work on jobs at Berkshire by myself. I do not really know what the other workers at Berkshire, including Kathy Corbin, Carol Franck, Elizabeth Gillette, Marcin Jandzis and Cristobal Henriquez, do or have done.

Sworn to under the penalties of perjury on February 20, 2006.

                                      /s/ Juan Robles
                                      _____
                                        Juan Robles

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic filing on February 24, 2006.

                                      /s/ Robert Aronson
                                        _____
                                        Robert Aronson