UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARLOS CLAUDIO COTTO, | |
| Plaintiff, | DOCKET NO.  3:04-cv-30216-KPN |
| v. | |
| BERKSHIRE MANUFACTURING CORPORATION, | |
| Defendant. | |

## **JOINT MOTION TO EXTEND DEADLINE TO FILE**
## **JOINT PRETRIAL MEMORANDUM BY TWO (2) DAYS**

The parties hereby move this Court to extend the deadline for filing their pretrial memorandum for two (2) days.  This 2 day extension will still require the parties to file their memorandum *five full days in advance of the final pretrial conference.*  The parties do not seek additional time to comply with the remainder of the pretrial order.  As grounds therefore, the parties state that:

1. The plaintiff's counsel has two trials and an extensive opposition to a summary judgment motion due by March 29, 2006;

2. The plaintiff's counsel will be out of the county on a prepaid trip from March 30, 2006 and will return to this country on April 7, 2006.

3. At that time, the plaintiff's counsel will provide the first draft of the memorandum to the defendant's counsel;

4. The additional time will allow the parties to narrow and agree upon issues for trial and will assist in streamlining the case for trial

WHEREFORE, the parties request that this Court allow them to file their final pretrial memorandum by **April 13, 2006**.

Dated:  March 23, 2006

| THE DEFENDANT | THE PLAINTIFF |
|---|---|
| By its Attorney | By his Attorney, |
| /s/ Robert Aronson | /s/ Suzanne Garrow |
| Robert Aronson BBO# 541800 | Suzanne Garrow BBO# 636548 |
| The Law Offices of Robert Aronson | Heisler, Feldman,  & McCormick, P.C. |
| 101 State Street, Suite 410 | 1145 Main Street, Suite 508 |
| Springfield, MA 01103 | Springfield, MA 01103 |