UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30216-KPN

_____
:
CARLOS CLAUDIO COTTO,                              :
                                                   :
                          Plaintiff,     :
                                                   :
               v.                                :
                                                   :
BERKSHIRE MANUFACTURING CORPORATION,               :
                                                   :
                          Defendant.     :
_____:

**PROPOSED SPECIAL VERDICT QUESTIONS**
**OF**
**<u>DEFENDANT BERKSHIRE MANUFACTURING CORPORATION</u>**

Pursuant to Rule 49 of the Federal Rules of Civil Procedure and the August 31, 2005 "Procedural Order Re: Final Pretrial Conference/Trial" of the Court, defendant Berkshire Manufacturing Corporation ("Berkshire") respectfully submits the following special verdict questions as those which the Court should submit to the jury, reserving the right to submit additional special verdict questions hereinafter.

Dated: Springfield, Massachusetts
       April 6, 2006

                                            LAW OFFICES OF ROBERT ARONSON

                                                 /s/ Robert Aronson
                                        By _____
                                              Robert Aronson, Esq.

                                         Attorney for Defendant Berkshire
                                           Manufacturing Corporation
                                         ABcde101 State Street
                                         Springfield, Massachusetts 01103
                                         Telephone: (413) 733-2600

Facsimile: (413) 737-4318
BBO No. 541800

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand on April 6, 2006.

/s/ Robert Aronson
_____
Robert Aronson

## CLAUDIO'S PRELIMINARY BURDEN OF PROOF

1. Has Claudio proven, by a preponderance of the evidence, that after Berkshire laid Claudio off the job which Claudio had been performing at Berkshire remained open?

YES ____   NO ____

Answer Question 2.


2. Has Claudio proven, by a preponderance of the evidence, that after Berkshire laid Claudio off Berkshire attempted to hire or hired someone with skills and qualifications which were similar to Claudio's skills and qualifications to fill the job which Claudio had been performing at Berkshire?

YES ____   NO ____

Answer Question 3.


3. Has Claudio proven, by a preponderance of the evidence, that after Claudio was laid off Claudio was qualified to perform a job which existed at Berkshire?

YES ____   NO ____

Answer Question 4.


4. Has Claudio proven, by a preponderance of the evidence, that after Berkshire laid Claudio off Berkshire attempted to hire someone or hired someone with skills and qualifications which were similar to Claudio's skills and qualifications to fill a job which existed at Berkshire which Claudio was qualified to perform?

YES ____   NO ____

If answers to either Questions 1 or 2 were NO <u>and</u> answers to either Questions 3 or 4 were NO, do not answer any further questions.  Otherwise answer Question 5.


## CLAUDIO'S ULTIMATE BURDEN OF PROOF

5. Has Claudio proven, by a preponderance of the evidence, that national origin was a determinative or motivating factor in connection with Berkshire's decision to lay Claudio off or to not rehire him?

YES \_\_\_\_     NO \_\_\_\_

Answer Question 6.

6. Has Claudio proven, by a preponderance of the evidence, that national origin contributed significantly to and was a material and significant or important ingredient in Berkshire's decision to lay Claudio off or to not rehire Claudio?

YES \_\_\_\_     NO \_\_\_\_

If answers to both Questions 1 and 2 were NO, do not answer any further questions. Otherwise answer Question 7.

### BONA FIDE OCCUPATIONAL QUALIFICATION

7. Has Berkshire proven, by a preponderance of the evidence, that the ability of Claudio to understand oral instructions in English was reasonably necessary to the normal operation of Berkshire's business and that the safe, efficient and correct performance of the jobs which existed at Berkshire after November 2003 which Claudio was able to do would be undermined if Berkshire could not require that Claudio be able to understand oral instructions in English?

YES \_\_\_\_     NO \_\_\_\_

If YES, do not answer any further questions. If NO, answer Question 8.

### MIXED MOTIVATION

8. Has Berkshire proven, by a preponderance of the evidence, that Berkshire would have laid Claudio off and would not have rehired Claudio regardless of Claudio's national origin, or that Berkshire would have made the same decision to lay Claudio off and not rehire him even if Berkshire had not taken Claudio's national origin into account?

YES \_\_\_\_     NO \_\_\_\_

If YES, do not answer any further questions. If NO, answer Question 9.

### DAMAGES

**PAST PAY**:

9.  Write the amount of money (or circle the word "None" if the amount is nothing) which Claudio has proven, by a preponderance of the evidence, that he would have earned if he had been employed by Berkshire during the period from the date when Berkshire laid him off up until today, reduced by the amount of money which Claudio earned from other employment during that time period, the amount of money which Claudio could have earned from other employment during that time period if he had made reasonable and diligent efforts to find other employment and the amount of any unemployment compensation payments which Claudio received during that time period.

$_____   or NONE

Answer Question 10.

**PAST PAY BENEFITS**:

10.  Write the monetary value of any benefits (or circle the word "None" if the value is nothing) which Claudio has proven, by a preponderance of the evidence, that he would have received if he had been employed by Berkshire during the period from the date when Berkshire laid him off up until today, reduced by the value of any benefits which Claudio received from other employment during that time period and the value of any benefits which Claudio could have received from other employment if he had made reasonable and diligent efforts to find other employment during that time period.

$_____   or NONE

Answer Question 11.

**PAST EMOTIONAL DISTRESS**:

11.  Write the amount of money (or circle the word "None" if the amount is nothing) which Claudio has proven, by a preponderance of the evidence, will compensate Claudio for any emotional distress, pain, suffering, inconvenience, mental anguish or loss of enjoyment which Claudio has suffered, and which Claudio was not able to avoid or mitigate, as a result of Berkshire's decision to lay Claudio off or not rehire him from the date when Claudio was laid off up until today.

$_____   or NONE

Answer Question 12.

**FUTURE PAY**:

12.  Write the present value of the amount of money (or circle the word "None" if the amount is nothing) which Claudio has proven, by a preponderance of the evidence, that he would have earned if he were employed by Berkshire from today through a reasonable period of time into the future, reduced by the amount of money which Claudio could earn during that time period if he made reasonable and diligent efforts to find other employment and the amount of any unemployment compensation benefits which Claudio would receive during that time period.

$_____  or NONE

Answer Question 13.


**FUTURE BENEFITS**:

13.  Write the present value of monetary value of any benefits (or circle the word "None" if the value is nothing) which Claudio has proven, by a preponderance of the evidence, he would receive if he were employed by Berkshire from today through a reasonable period of time into the future, reduced by the value of any benefits which Claudio could receive during that time period from other employment if he had made reasonable and diligent efforts to find other employment.

$_____  or NONE

Answer Question 14.


**FUTURE EMOTIONAL DISTRESS**:

14.  Write the present value of the amount of money (or circle the word "None" if the amount is nothing) which Claudio has proven, by a preponderance of the evidence, will compensate Claudio for any emotional distress, pain, suffering, inconvenience, mental anguish or loss of enjoyment which Claudio will suffer, and which Claudio was not able to avoid or mitigate, as a result of Berkshire's decision to lay Claudio off or not rehire him from today through a reasonable period of time into the future.

$_____  or NONE

Answer Question 15.


**PUNITIVE DAMAGES**:

6

15.   Did Berkshire act with malice or reckless indifference to federal law when it laid Claudio off and failed to rehire him?

YES _____    NO _____

Answer Question 16.


16.  Were Berkshire's actions outrageous because of Berkshire's evil motive or intent or because such actions involved malicious, wanton or oppressive conduct which was in reckless disregard or with callous indifference to Claudio's rights?

YES _____    NO _____

If answers to both Questions 15 and 16 were NO, do not answer any further questions. Otherwise answer Question 17.


17.  Write the amount of money (or circle the word "None" if the amount is nothing) which you believe would punish or deter Berkshire from discriminating against employees in the future on the basis of national origin.

$_____   or NONE