UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30216-KPN

_____
                                            :
CARLOS CLAUDIO COTTO,                       :
                                            :
                          Plaintiff,        :
                                            :
            v.                              :
                                            :
BERKSHIRE MANUFACTURING CORPORATION,        :
                                            :
                          Defendant.        :
_____ :

**PROPOSED QUESTIONS FOR PROSPECTIVE JURORS
OF
<u>DEFENDANT BERKSHIRE MANUFACTURING CORPORATION</u>**

Pursuant to Rule 47(a) of the Federal Rules of Civil Procedure, defendant Berkshire Manufacturing Corporation respectfully requests that the Court include the following questions (with further detailed inquiry if warranted by the answers received) in its examination of prospective jurors:

1. Whether any juror knows, or has heard any statements or comments which were made about, any of the following people or entities:

        Suzanne Garrow
        Heisler, Feldman, McCormick & Garrow, P.C.
        Robert Aronson
        Carlos Claudio Cotto
        Dr. Robert A. Rosenthal
        Berkshire Manufacturing Corporation
        Donald J. Schulz
        Roberta Desjardins
        Juan Robles
        Katherine Corbin
        Carol Franck
        Elizabeth Gillette
        Marcin Jandzis
        Cristobal Henriquez

      Victor Rosado
      Any past or present employee of Berkshire Manufacturing
          Corporation

2.  Whether any juror has studied:

      Law
      Accounting
      Economics
      Medicine
      Nursing
      Engineering

3.  Whether any juror, or a member of his/her immediate family, has ever been associated with or employed in any way, or attempted to become associated or employed in any way, in any of the following occupations or fields:

      Law
      Accounting
      Economics
      Medicine
      Nursing
      Engineering

4.  Whether any juror, or a member of his/her immediate family, believes that he/she has been the subject of illegal discrimination by any employer, including (but not limited to) discrimination in connection with being terminated from a job or not being hired for a job.

5.  The age of the juror, whether the juror is married (or divorced) and whether the juror has any children.

6.  The occupation of the juror (and the juror's spouse) and the duties performed by the juror (and the juror's spouse) in connection with such occupation.

7.  The highest level of education reached by the juror.

8.  Whether any juror, or a member of his/her immediate family, has ever been a party to or a witness in a civil or criminal litigation, administrative proceeding or mediation and, if so, the nature and disposition of the same.

9.  Whether any juror, or a member of his/her immediate family, has previously sat as a juror or alternate in any court proceeding and, if so, the nature and disposition of the same.

10.  Whether any juror has difficulty hearing or seeing.

Dated: Springfield, Massachusetts
       April 11, 2006

                    LAW OFFICES OF ROBERT ARONSON

                          /s/ Robert Aronson
               By _____
                      Robert Aronson, Esq.

Attorney for Defendant Berkshire
  Manufacturing Corporation
101 State Street
Springfield, Massachusetts   01103
Telephone:  (413) 733-2600
Facsimile:  (413) 737-4318
BBO No.  541800

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic filing on April 11, 2006.

                                /s/ Robert Aronson
                        _____
                                Robert Aronson