UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30216-KPN

_____

CARLOS CLAUDIO COTTO,

                         Plaintiff,

       v.

BERKSHIRE MANUFACTURING CORPORATION,

                         Defendant.
_____

**OBJECTIONS
OF
DEFENDANT BERKSHIRE MANUFACTURING CORPORATION
TO
PROPOSED SPECIAL VERDICT QUESTIONS
OF
<u>PLAINTIFF CARLOS CLAUDIO COTTO</u>**

Pursuant to the August 31, 2005 "Procedural Order Re: Final Pretrial Conference/Trial" of the Court, defendant Berkshire Manufacturing Corporation ("Berkshire") objects to the following special verdict questions proposed by plaintiff Carlos Claudio Cotto ("Claudio") for the following reasons, reserving the right to make additional objections hereinafter:

**<u>QUESTION NO. 1</u>**.  Berkshire objects to the question on the grounds that the fact that Berkshire allegedly laid Claudio off and did not rehire him because of his "lack of English" or inability to understand oral instructions in English as a matter of law is not direct evidence of discrimination because, even if true, such reason could mean that Berkshire was merely limiting its employees to those individuals who could understand oral instructions in English and thereby perform the work at Berkshire, <u>regardless</u> of their national origin and that Berkshire was not attempting to exclude employees with Hispanic national origins.  See <u>Patten</u> v. <u>Wal-Mart Stores East, Inc.</u>, 300 F.3d 21, 25 (1st Cir. 2002), <u>cert. denied</u>, 539 U.S. 937, 123 S.Ct. 2572, 156 L.Ed.2d 621 (2003) (citing <u>Fernandes</u> v. <u>Costa Brothers Masonry, Inc.</u>, 199 F.3d 572 (1st Cir. 1999); and <u>Febres</u> v. <u>Challenger Caribbean Corp.</u>, 214 F.3d 57 (1st Cir. 2000)); <u>Dalmau</u> v. <u>Vicao Aerea Rio-</u>

Grandense, S.A., 337 F.Supp.2d 1299, 1305 (S.D.Fla. 2004).  Accordingly, Berkshire objects to a separate question with respect to direct evidence.

**QUESTION NO. 2**.  Berkshire objects to the question on the grounds that it fails to adequately set forth the standard for a bona fide occupational qualification.  See Question No. 7 in the Proposed Special Verdict Questions of Berkshire.

**QUESTION NO. 3**.  Berkshire objects to the question on the grounds that it is not necessary to distinguish between direct and circumstantial evidence and on the grounds that it fails to include a question relating to the different causation standard under Chapter 151B.  See Question Nos. 5 and 6 in the Proposed Special Verdict Questions of Berkshire.

**QUESTION NO. 4**.  Berkshire objects to the question on the grounds that it failes to adequately particularize and separate the different elements of possible damages, does not require the jury to reduce the damages by the money and benefits which Claudio earned or could have earned if he properly mitigated his damages and by any unemployment compensation which Claudio received or could receive, and does not and require the jury to discount any "front pay", any "front pay" benefits and any future emotional distress damages to their present value.  See Question Nos. 9 through 14 in the Proposed Special Verdict Questions of Berkshire.

**QUESTION NO. 5**.  Berkshire objects to the question on the grounds that it fails to include a question relating to the different standard for awarding punitive damages pursuant to Chapter 151B, the punitive damage standard pursuant to Chapter 151B is different than under Title VII and the jury should answer questions with respect to both standards because the punitive damages which Claudio can recover pursuant to Title VII are limited by 42 U.S.C § 1981a(b)(3).  See Question Nos. 15 through 17 in the Proposed Special Verdict Questions of Berkshire.

Dated:  Springfield, Massachusetts
        April 6, 2006

                              LAW OFFICES OF ROBERT ARONSON

                                      /s/ Robert Aronson
                              By _____
                                      Robert Aronson, Esq.

                              Attorney for Defendant Berkshire
                                Manufacturing Corporation
                              101 State Street
                              Springfield, Massachusetts   01103
                              Telephone:  (413) 733-2600

Facsimile: (413) 737-4318
BBO No. 541800

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand on April 6, 2006.

/s/ Robert Aronson
_____
Robert Aronson