UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30216-KPN

_____
                                                                  :
CARLOS CLAUDIO COTTO,                         :
                                                                  :
                              Plaintiff,             :
                                                                  :
          v.                                              :
                                                                  :
BERKSHIRE MANUFACTURING CORPORATION,  :
                                                                  :
                              Defendant.          :
_____:

**DEFENDANT'S <u>IN LIMINE</u> MOTION
TO COMPLEL CLAUDIO TO PRODUCE 2005 TAX RETURN INFORMATION
<u>BY NO LATER THAN APRIL 18, 2006</u>**

For the reasons set forth hereinafter, defendant Berkshire Manufacturing Corporation ("Berkshire") respectfully requests that plaintiff Carlos Claudio Cotto ("Claudio") be required to produce to Berkshire copies of his 2005 federal and state tax returns, together any W-2 forms or other tax documents indicating any income (including unemployment compensation benefits) received by Claudio during the 2005 tax year ("2005 Tax Information"), on or before April 18, 2006 for the following reasons:

1. The 2005 Tax Information is relevant to (among other things) the amount of back pay which Claudio is entitled to recover in this action. <u>See</u> 42 U.S.C. § 2000e-5(g); <u>Cowan</u> v. <u>Prudential Ins. Co. of America</u>, 852 F.2d 688 (2d Cir. 1988).

2. In response to a previous motion by Berkshire, on May 31, 2005 the Court ordered Claudio to produce his federal and state tax returns for the "calendar years 2003 to date".

3. Although counsel for Claudio has advised Berkshire that she will produce the 2005 Tax Information, she has only agreed to do so when the same become available to her.

4. By reason of the foregoing and in order to permit Berkshire to properly prepare for the trial of this action which is scheduled to commence on May 1, 2006, it is respectfully requested that Claudio be required to produce to Berkshire copies of his 2005 Tax Information on or before April 18, 2006.

Dated: Springfield, Massachusetts
April 11, 2006

LAW OFFICES OF ROBERT ARONSON

/s/ Robert Aronson
By _____
Robert Aronson, Esq.

Attorney for Defendant Berkshire
  Manufacturing Corporation
101 State Street
Springfield, Massachusetts  01103
Telephone:  (413) 733-2600
Facsimile:  (413) 737-4318
BBO No.  541800

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic filing on April 11, 2006.

/s/ Robert Aronson
_____
Robert Aronson