UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30216-KPN

_____
                                                      :
CARLOS CLAUDIO COTTO,                                 :
                                                      :
                            Plaintiff,                :
                                                      :
            v.                                        :
                                                      :
BERKSHIRE MANUFACTURING CORPORATION,                  :
                                                      :
                            Defendant.                :
_____ :


**DEFENDANT'S IN LIMINE MOTION
FOR PERMISSION TO ASK PLAINTIFF QUESTIONS IN ENGLISH AT TRIAL
WITHOUT TRANSLATION INTO SPANISH
AND
TO REQUIRE THE COURT STENOGRAPHER AT TRIAL
TO INDICATE IN THE TRIAL TRANSCRIPT
WHEN QUESTIONS ARE TRANSLATED INTO SPANISH FOR CLAUDIO
AND THE LANGUAGE IN WHICH CLAUDIO ANSWERS THE QUESTIONS**


For the reasons set forth hereinafter, defendant Berkshire Manufacturing Corpo-

ration ("Berkshire") respectfully requests that, during the trial of this action:

1.  The Court permit counsel for Berkshire to ask questions of plaintiff Carlos

Claudio Cotto ("Claudio") in English, without having the questions translated into Span-

ish, to enable the jury to determine the degree to which Claudio is capable of under-

standing English (in particular, instructions in English with respect to the racking and

plating jobs which existed at Berkshire).  The grounds for this request is that one of the

fundamental jury issues in this action is whether Claudio was capable of understanding

oral instructions in English regarding the work at Berkshire.  Therefore, if all of the questions posed to Claudio by counsel for Berkshire in English are translated into Spanish, the jury will not be able to properly evaluate the ability of Claudio to understand English.

2.  The Court require the court stenographer to indicate in the trial transcript when the questions asked of Claudio are translated into Spanish and whether Claudio is answering the questions in English or in Spanish.  The grounds for this request is that it is believed that, unless the court stenographer indicates in the trial transcript the language in which questions are asked of Claudio and the language in which Claudio is answering the questions, the trial transcript will merely indicate that all of the questions asked of and all of the answers given by Claudio were in English, notwithstanding that it is believed most of the questions asked of Claudio will have to be translated into Spanish and that most of the answers given by Claudio will be in Spanish.  Since the ability of Claudio to understand English is a critical issue in this action, unless the foregoing are indicated in the trial transcript, it will not be possible to determine from trial transcript the degree to which Claudio was able to understand and speak English.

Dated:  Springfield, Massachusetts
        April 11, 2006

                        LAW OFFICES OF ROBERT ARONSON


                            /s/ Robert Aronson
                        By _____
                            Robert Aronson, Esq.

                        Attorney for Defendant Berkshire
                          Manufacturing Corporation
                        101 State Street
                        Springfield, Massachusetts   01103

Telephone:  (413) 733-2600
Facsimile:  (413) 737-4318
BBO No.  541800

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic filing on April 11, 2006.

/s/ Robert Aronson
_____
Robert Aronson