UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
:
CARLOS CLAUDIO COTTO,                :
:
       Plaintiff,              :
:
v.                                   :      DOCKET NO.  04-cv-30216-KPN
:
BERKSHIRE MANUFACTURING              :
CORPORATION,                         :
       Defendant.              :
_____:

     Now comes the plaintiff with his proposed special verdict form.  Plaintiff reserves the right to amend and supplement as needed and as allowed by the Court.

<u>Special Verdict Form</u>

1.    Has Mr. Claudio proven by direct evidence that Berkshire's stated reason for his layoff or for Berkshire's failure to rehire him, that is, his "lack of English," discriminated against him on the basis of his national origin.

           Yes\_\_\_\_ No\_\_\_\_

   If "no," proceed to question 3. If "yes," proceed to next question.

2.    Has the defendant proven by a preponderance of the evidence that English proficiency is a bona fide occupational qualification for rackers and platers at Berkshire.

           Yes\_\_\_\_ No\_\_\_\_

   Proceed to next question.

3.    Has Mr. Claudio proven by circumstantial evidence that it is more likely than not that his national origin was a motivating factor in Berkshire's decision to lay him off or for Berkshire's failing to re-hire him.

           Yes\_\_\_\_ No\_\_\_\_

If you answered yes to question 1 and no to question 2 or yes to question 3:

4. What damages do you award Mr. Claudio to compensate him for lost pay, benefits, pain or suffering for the discrimination he experienced?

$_____

Proceed to next question.

5. Has Mr. Claudio proven that Berkshire acted with recklessness or callous indifference to the law or with recklessness or callous indifference to its violating the law?

Yes\_\_\_\_ No\_\_\_\_

If yes, proceed to next question. If no proceed to end.

6. What damages do you award Mr. Claudio that will serve to punish the defendant for its illegal conduct and to deter it from such future illegal conduct?

$_____

Date Served: March 23, 2006
Date Filed:  April 11, 2206

Respectfully submitted,

PLAINTIFF CARLOS CLAUDIO COTTO
By his attorney,


   /s/ Suzanne Garrow
Suzanne Garrow BBO# 636548
sgarrow@comcast.net
Heisler, Feldman, McCormick
    & Garrow, P.C.
1145 Main Street, Suite 508
Springfield, MA  01103
Ph. (413) 788-7988
Fax (413) 788-7996


CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF).

      /s/ Suzanne Garrow
Suzanne Garrow