UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              :
CARLOS CLAUDIO COTTO,         :
                                              :
                Plaintiff,          :         DOCKET NO. 3:04-cv-30216-KPN
                                              :
v.                                           :
                                              :
BERKSHIRE MANUFACTURING  :
CORPORATION,                       :
                Defendant.       :
_____:

**PLAINTIFF'S PROPOSED
JURY VOIR DIRE QUESTIONS**[1]

      Plaintiff Carlos Claudio Cotto hereby respectfully requests that this Court direct the following questions to potential jurors during the jury selection process in this case:

**Introductory Questions**

1.    The plaintiff in this case is a Puerto Rican man by the name of Carlos Claudio Cotto. Do you know Mr. Claudio?

2.    The lawyer for the plaintiff is Suzanne Garrow. Do you know his attorney?

3.    The defendant in this case is Berkshire Manufacturing owned by Donald Schulz who is married to Gloria Schulz. Do you know this business or these people? If you have had dealings with this company or these people, what was the nature of those dealings? When did those dealings take place? Would your

---

[1] Throughout these voir dire questions, the plaintiff has listed first the questions to be asked to the entire jury panel. The plaintiffs ask that the questions which follow each numbered inquiry made to the entire panel, be asked of the individual panel members who answer the questions in a way which make it clear that more information is needed to assess the impartiality of the panel member.

past dealings with the company or people have any affect on your ability to be impartial as a juror in this case?

4. Berkshire Manufacturing is managed by Roberta Desjardins and Stephen Rapacki. Do you know these people?

5. The defendant is represented by Robert Aronson. Do you know its attorney?

6. Do you now work for or have you ever worked for Berkshire Manufacturing Corporation or National Metal?

> If you worked for either company, when did you work for the company and what was your position with the company? Would the fact that you worked for either company have any affect on your ability to be impartial as a juror in this case?

7. Do you know any of the following persons who may be called as witnesses in this case? (List names on pretrial lists.)

8. Have you heard or read or know anything about the subject matter of this trial?

9. Have you or any other member of your household been a party, either plaintiff or defendant, in a civil case that has that has been filed in the course of the past ten years? What was the nature of that case?

10. Have you ever been a witness in a case?

11. Has there been any experience in your personal life or the personal life of any member of your family that you believe would influence your judgment as a fair and impartial juror?

12. Have you any fixed ideas relative to anyone who files a lawsuit which would affect your judgment as a fair and impartial juror?

13. Have you any preconceived ideas about this type of case (employment discrimination based on national origin and particularly, inability to speak English) which would affect your judgment as a fair and impartial juror?

14. Do you know of any reason why you cannot serve as a fair and impartial juror?

**Experiences as an Employee or Employer**

15. Have you or has any member of your immediate family or any close friend ever been discharged by an employer?

16. If you or a member of your immediate family or any close friend was discharged by an employer, did you believe at the time or do you now believe that the person discharged was treated fairly?

17. Have you or has any member of your immediate family or any close friend ever stated or believed that they were the victim of race discrimination at their place of employment?

18. Do you have a belief that a person should be prohibited from prosecuting an action on the claim that the person has been discriminated against by virtue of or her race?

19. Have you or any member of your immediate family been involved in any capacity in investigating, processing, representing, adjudicating or otherwise touching on civil rights matters?

20. Have you been involved in the process of terminating an employee?

21. Have you, your spouse, or any member of your immediate family or any close friend ever been accused of discrimination, been a witness in a discrimination case, or been the victim of discrimination?

22. Have you or your spouse ever been (a) terminated or discharged from a job? (b) replaced in a job? (c) laid off from a job? (d) denied a promotion in a job? (e) demoted in a job? (f) voluntarily quit a job?

23. Do you or your spouse believe that either of you were ever discriminated against by an employer on the basis of sex, religion, race, or national origin?

24. The plaintiff is this trial is an individual.  He has brought suit against his former employer.  Would the fact that this case involves an individual against a company sway or influence your judgment to one side or another, or predispose you in favor of either the individual or the corporation?

25. Have you ever been a supervisor at your workplace?

26. Have you had people working for you?  In what capacity?

27. Have you ever worked in the field of labor relations, industrial relations or personnel?

28.     Have you ever been active in a union?  Have you ever worked in a union shop?

29.     Have you ever protested a written job appraisal or job evaluation?

30.     Have you ever prepared a job appraisal or evaluation of another employee?

31.     Have you ever owned your own business or been self employed?

32.     Have you ever served on jury before?  Have you ever served as a juror on a criminal case? Do you understand that in a civil case the plaintiff only has the burden of proving his case by a preponderance of the evidence?  Do you understand that the plaintiff does not have to prove his case beyond a reasonable doubt as in a criminal case?

33.     Do you understand that in a civil case the defendant and not the plaintiff may be required to prove its defenses?

## Feelings Towards Puerto Ricans or others in Protected Classes

34.     The plaintiff in this case is a Puerto Rican man whose first language is Spanish. He has asserted employment discrimination claims against the defendant who alleged acted though white employees.  Many people have strong feelings and reactions about national origin or racial issues.  Do you think it would be difficult for you to remain impartial in a case where a Puerto Rican male is accusing white people of discrimination?

35.     Have you ever belonged to an organization, club or any other type of group that excluded people on the basis of their nationality, gender, race or ethnicity?

>   What organization or club? When were you a member? Is the exclusionary policy still being applied? How do you feel about such practices?

36.     Are there any members of minority groups living in your neighborhood?

>   If so, do you feel that there is any racial or ethnic tension in your neighborhood?  If yes, what do you feel is the cause of this tension?

>   If not, how would you feel if a member of a minority group moved next door to you?  Would you be nervous, anxious?

37. What if your neighborhood became inhabited mostly by members of racial or ethnic groups different from your own—would you be inclined to move? Would it make you nervous or anxious?

38. Do you have any Puerto Rican friends or acquaintances? Do you work with any Puerto Rican people?

> If so, do you feel there is any racial or ethnic tension when you are with these friends, acquaintances, or colleagues? What do you feel is the cause of this tension?

39. Do you have any friends or acquaintances who are members of racial or ethnic groups which are different from your own? Do you work with any Puerto Rican people? Do you work with any Puerto Rican people whose first language is Spanish? If so, do you feel there is any racial or ethnic tension when you are with these friends, acquaintances, or colleagues?

> What do you feel is the cause of this tension?

40. Do you think that Puerto Rican people as a whole tend to be different in any meaningful way from white people?

> In what way are they different? Less trustworthy? Less truthful? Less smart?

41. If a white person and a Puerto Rican person gave you conflicting testimony about the same event, do you think that you would tend to believe the white person because of his or her nationality or ethnicity?

42. Have you ever heard a joke which you considered to be offensive to any particular minority group? Have you ever told or repeated one yourself?

43. Do you think everyone who has a job in Springfield should speak English?

44. Would it bother you to hear Spanish spoken in your workplace?

**Feelings towards Civil Rights or Civil Rights Laws**

45. Do you think our society makes too much of civil rights these days?

> If so, why?

46. Do you believe that you yourself have ever been the subject of discrimination, say on the basis of race, ethnicity, national origin, or some other characteristic? Do you believe you have ever been treated differently or unfairly on any of these bases?

47.    Do you think that member of minority groups have too many rights?  Do you think that they have more rights than whites?  Do you think that they get unfair preferences under civil rights laws and court decisions?

48.    Do you believe that members of various minority groups complain too much about discrimination?

49.    Do you believe that discrimination on the basis of national origin such as Puerto Rican still occurs in this country?

## Awarding of Damages

50.    If, after you have considered all the evidence in this case and the court's instructions, you find that the plaintiff is entitled to a money judgment against the defendants, do you know of any reason why you could not join in a judgment awarding a money judgment to the plaintiff?

51.    Do you believe that a person who has experienced employment discrimination can suffer emotional distress as a result of that experience?

52.    Do you believe that a person who has experienced employment discrimination should be financially compensated for emotional suffering?

53.    Do you have any limits in your mind as to the amount that you would be willing to award someone for emotional distress?

54.    Do you think it is fair and appropriate to make a defendant who has violated the laws prohibiting employment discrimination pay punitive damages designed to punish him or her for their wrongful conduct and to deter others from the same conduct?

55.    Please name three magazines that you regularly read.

56.    Please name the three television programs you watch most often.

Dated:  April 11, 2006                    Respectfully submitted,

                                                  PLAINTIFF CARLOS CLAUDIO COTTO
                                                By his attorney,

                                                __/s/ Suzanne Garrow
                                                Suzanne Garrow BBO# 636548
                                                sgarrow@comcast.net
                                                Heisler, Feldman, McCormick
                                                     & Garrow, P.C.
                                                1145 Main Street, Suite 508
                                                Springfield, MA  01103
                                                Ph. (413) 788-7988
                                                Fax (413) 788-7996


## CERTIFICATE OF SERVICE

     I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF).

                                                       _____/s/ Suzanne Garrow
                                                       Suzanne Garrow