UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
:
CARLOS CLAUDIO COTTO,          :
                               :
        Plaintiff,             :   DOCKET NO.  3:04-cv-30216-KPN
                               :
v.                             :
                               :
BERKSHIRE MANUFACTURING        :
CORPORATION,                   :
        Defendant.             :
_____:

**<u>AMENDED AFFIDAVIT OF SUZANNE GARROW IN SUPPORT OF
PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE
WITNESSES NOT IDENTIFIED BY THE DEFENDANT IN DISCOVERY
AND DOCUMENTS AND TANGIBLE THINGS NOT PRODUCED
BY THE DEFENDANT IN DISCOVERY</u>**

1. I am counsel for the plaintiff Carlos Claudio Cotto.

2. I submit this amended affidavit, amending the affidavit hand delivered today to the Court, to be attached to the Exhibits that were also hand delivered at that time

3. Exhibit 1, attached to this Affidavit, is a true and accurate copy of the Defendant's Automatic Disclosures.

4. Exhibit 2, attached to this Affidavit, is a true and accurate copy of Defendant's Verified Response to Plaintiff's Interrogatories.

5. Exhibit 3, attached to this Affidavit, is a true and accurate copy of Plaintiff's Requests for Production of Documents.

6. To my knowledge none of the photographs of the Berkshire plating facilities, the plating racks and the parts which are plated at Berkshire were produced in response to the plaintiff's discovery requests.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS DAY

DATE: <u>4/11/2006</u>                             <u>/s/ Suzanne Garrow</u>
                                                  SUZANNE GARROW

Certificate of Service

I certify that this affidavit and attachments submitted to the Court were hand delivered to the attorney of record on this date.

                                                  <u>/s/ Suzanne Garrow</u>
                                                  SUZANNE GARROW