UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2006 APR 11  P 2:46

U.S. DISTRICT COURT
DISTRICT OF MASS.

CARLOS CLAUDIO COTTO,

        Plaintiff,

v.

BERKSHIRE MANUFACTURING
CORPORATION,

        Defendant.

DOCKET NO. 3:04-cv-30216-KPN

### AFFIDAVIT OF SUZANNE GARROW IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE WITNESSES NOT IDENTIFIED BY THE DEFENDANT IN DISCOVERY AND DOCUMENTS AND TANGIBLE THINGS NOT PRODUCED BY THE DEFENDANT IN DISCOVERY

1. I am counsel for the plaintiff Carlos Claudio Cotto.

2. Exhibit 1, attached to this Affidavit, is a true and accurate copy of the Defendant's Automatic Disclosures.

3. Exhibit 2, attached to this Affidavit, is a true and accurate copy of Defendant's Verified Response to Plaintiff's Interrogatories.

4. Exhibit 3, attached to this Affidavit, is a true and accurate copy of Plaintiff's Requests for Production of Documents.

5. To my knowledge none of the photographs of the Berkshire plating facilities, the plating racks and the parts which are plated at Berkshire.

    SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS DAY

DATE: 4/11/2006

SUZANNE GARROW