UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30216-KPN

CARLOS CLAUDIO COTTO,

        Plaintiff,

v.

BERKSHIRE MANUFACTURING CORPORATION,

        Defendant.

### DEFENDANT'S AUTOMATIC DISCLOSURE STATEMENT PURSUANT TO RULE 26(a)(1)

A.  The name, address and telephone number of each individual likely to have discoverable information which defendant Berkshire Manufacturing Corporation ("Berkshire") presently contemplates it may use to support its defenses, and the subjects of such information, are as follows:

(1) Donald J. Schulz; Berkshire (175 Progress Avenue, Springfield, Massachusetts); 413-736-5490; information regarding the nature of the business of Berkshire, the employment history of defendant Carlos Claudio Cotto ("Cotto") and other employees at Berkshire and the circumstances under which Cotto was laid off from work in November 2003.

(2) Roberta A. Desjardins; Berkshire (175 Progress Avenue, Springfield, Massachusetts); 413-736-5490; information regarding the nature of the business of Berkshire, the employment history

of Cotto and other employees at Berkshire and the circumstances under which Cotto was laid off from work in November 2003.

(3) Gloria M. Schulz; Berkshire (175 Progress Avenue, Springfield, Massachusetts); 413-736-5490; information regarding the nature of the business of Berkshire and the employment history of Cotto and other employees at Berkshire.

(4) Cotto (address unknown); telephone number unknown; information regarding the employment history of Cotto and the circumstances under which Cotto was laid off from work in November 2003.

B. Copies of all documents, data compilations and tangible things in the possession, custody or control of Berkshire which Berkshire presently contemplates it may use to support its defenses (Document Nos. B1 to B29) are being produced to Cotto with this Automatic Disclosure Statement, with the exception of routine employment records concerning Cotto and other employees at Berkshire.

C. Berkshire is not claiming any damages in this action.

D. No insurance agreement exists under which any person carrying on an insurance business would be liable to satisfy part or all of any judgment which may be entered in this action against Berkshire, or to indemnify or reimburse Berkshire for any payments made to satisfy any such judgment.

Dated: Springfield, Massachusetts
       February 28, 2005

LAW OFFICES OF ROBERT ARONSON

By _____
   Robert Aronson, Esq.

Attorney for Defendant
101 State Street
Springfield, Massachusetts 01103
Telephone:  (413) 733-2600
Facsimile:  (413) 737-4318
BBO No. 541800

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on February 28, 2005.

_____
Robert Aronson

3