UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30216-KPN

_____
CARLOS CLAUDIO COTTO,

                          Plaintiff,

                v.

BERKSHIRE MANUFACTURING CORPORATION,

                          Defendant.
_____

**DEFENDANT'S <u>IN LIMINE</u> MOTION
FOR A JURY VIEW
OF
<u>DEFENDANT'S POLISHING, RACKING AND PLATING FACILITIES</u>**

     Pursuant to the direction of the Court at the April 18, 2006 pre-trial conference, defendant Berkshire Manufacturing Corporation ("Berkshire") respectfully requests that the jury in this action be permitted to view the polishing, racking and plating facilities of Berkshire at 175 Progress Avenue in Springfield to enable the jury obtain a better understanding of the nature and complexity of the work which is performed by Berkshire and, therefore, the issues which the jury will be required to determine in this action.

Dated:  Springfield, Massachusetts
        April 19, 2006

                                          LAW OFFICES OF ROBERT ARONSON

                                              /s/ Robert Aronson
                                  By _____
                                      Robert Aronson, Esq.

Attorney for Defendant Berkshire
  Manufacturing Corporation
101 State Street
Springfield, Massachusetts   01103
Telephone:  (413) 733-2600
Facsimile:  (413) 737-4318
BBO No.  541800

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic filing on April 19, 2006.

/s/ Robert Aronson
_____
Robert Aronson