UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARLOS CLAUDIO COTTO, | : |
| Plaintiff, | : |
| v. | : DOCKET NO. 04-cv-30216-KPN |
| BERKSHIRE MANUFACTURING CORPORATION, | : |
| Defendant. | : |

**FIRAT AMENDED PROPOSED SPECIAL VERDICT FORM**

Based on the colloquy with the Court, now comes the plaintiff with his proposed special verdict form. Plaintiff reserves the right to amend and supplement as needed and as allowed by the Court.

Special Verdict Form

1. Has Mr. Claudio proven that Berkshire's stated reason for his layoff or for Berkshire's failure to hire him was his limitation in his ability to speak or understand English.

    Yes____ No____

    If "no," proceed to question 3. If "yes," proceed to next question.

2. Has the defendant proven by a preponderance of the evidence that English proficiency is a bona fide occupational qualification for rackers and platers at Berkshire.

    Yes____ No____

    Proceed to next question. If no, proceed to damages.

3. Has Mr. Claudio proven that it is more likely than not that his national origin was a motivating factor in Berkshire's decision to lay him off or for Berkshire's failing to hire him.

Yes____ No____

If you answered yes to question 1 and no to question 2 or yes to question 3:

4. What damages do you award Mr. Claudio to compensate him for lost pay, benefits, pain or suffering as a result of the defendant's actions?

$_____

Proceed to next question.

5. Has Mr. Claudio proven that Berkshire acted with recklessness or callous indifference to the law or with recklessness or callous indifference to its violating the law?

Yes____ No____

If yes, proceed to next question. If no proceed to end.

6. What damages do you award Mr. Claudio that will serve to punish the defendant for its illegal conduct and to deter it from such future illegal conduct?

$_____


Dated April 27, 2006

Respectfully submitted,

PLAINTIFF CARLOS CLAUDIO COTTO
By his attorney,


__/s/ Suzanne Garrow
Suzanne Garrow BBO# 636548
sgarrow@comcast.net
Heisler, Feldman, McCormick
    & Garrow, P.C.
1145 Main Street, Suite 508
Springfield, MA  01103
Ph. (413) 788-7988
Fax (413) 788-7996

CERTIFICATE OF SERVICE

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF).

                                                          /s/ Suzanne Garrow
                                                          Suzanne Garrow