UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CARLOS CLAUDIO COTTO,            )
               Plaintiff     )
                             )
                             )
     v.                         )     Civil Action No. 04-30216-KPN
                             )
                             )
BERKSHIRE MANUFACTURING          )
CORPORATION,                     )
             Defendant     )

ORDER WITH REGARD TO PLAINTIFF'S EX PARTE MOTION TO
PROCEED WITHOUT PAYMENT OF FEES FOR INTERPRETER SERVICES
April 28, 2006

NEIMAN, CMJ

     Before the court is Plaintiff's Ex Parte Motion to Proceed without payment of fees for Interpreter Services (Doc. No. 70). The court, having reviewed the motion and Plaintiff's attached financial affidavit, hereby ALLOWS Plaintiff's motion and ORDERS the Administrative Offices of the Courts, upon receipt of the voucher, to pay the costs of the interpreter's services during trial. Trial is scheduled to commence on May 1, 2006, and to continue for five days.

     SO ORDERED.

                                                  /s/ Kenneth P. Neiman
                                                  KENNETH P. NEIMAN
                                                  CHIEF MAGISTRATE JUDGE