UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30216-KPN

CARLOS CLAUDIO COTTO,

           Plaintiff,

v.

BERKSHIRE MANUFACTURING CORPORATION,

           Defendant.

**PROPOSED ADDITIONAL JURY INSTRUCTIONS
OF
DEFENDANT BERKSHIRE MANUFACTURING CORPORATION**

Pursuant to Rule 51 of the Federal Rules of Civil Procedure and the August 31, 2005 "Procedural Order Re: Final Pretrial Conference/Trial" of the Court, defendant Berkshire Manufacturing Corporation ("Berkshire") respectfully submits the following proposed additional jury instructions which the Court should adopt to instruct the jury with respect to the applicable law in this action, reserving the right to submit additional instructions hereinafter.

Dated:  Springfield, Massachusetts
        May 1, 2006

                                        LAW OFFICES OF ROBERT ARONSON

                                        By _____
                                                  Robert Aronson, Esq.

Attorney for Defendant Berkshire
  Manufacturing Corporation
101 State Street
Springfield, Massachusetts  01103

Telephone: (413) 733-2600
Facsimile: (413) 737-4318
BBO No. 541800

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand on May 1, 2006.

_____
Robert Aronson

2

## **CLAUDIO'S ENGLISH PROFICIENCY**

26. In this lawsuit Claudio has conceded that he has limited English comprehension proficiency, including a limited ability to understand the oral instructions in English regarding the racking and plating procedures at Berkshire. Therefore, during your deliberations in connection with Claudio's claims you are instructed that you must find that Claudio has limited English comprehension proficiency, including a limited ability to understand oral instructions in English regarding the racking and plating procedures at Berkshire.