## WITNESSES

Carlos Claudio Cotto
5 Vernon Street
Holyoke, MA 01040

Marilyn Cordero
101 Meadow Street
Westfield, MA 01085

Jennifer Cordero
579 South Summer
Holyoke, MA 01040

Elizabeth Cordero
5 Vernon Street
Holyoke, MA 01040

Ramona Ruiz
5 Vernon Street
Holyoke, MA 01040

Ramona Cordero
142 St. Colby Drive
Holyoke, MA 01040

Robert A. Rosenthal, Ph.D
Stonehill College
320 Washington Street
Easton, MA 02357-4125

Home: 36 North Main Street
      North Easton 02356

Donald Schultz
Gloria Schultz

Juan Robles
92 Newfield Rd.
Springfield 01119

Felix Escobar
10 Spring Street
Holyoke, MA 01040

Eric Valle
147 Davenport Street
Springfield, MA 01119

Roberta Desjardins