UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30216-KPN

CARLOS CLAUDIO COTTO,

                Plaintiff,

v.

BERKSHIRE MANUFACTURING CORPORATION,

                Defendant.

**ADDRESSES
OF
DEFENDANT'S PROPOSED WITNESSES**

1. Donald J. Schulz: 248 Granville Road, Southwick, MA.

2. Roberta Desjardins: 168 Cyran Street, Chicopee, MA.

3. Gloria Schulz: 248 Granville Road, Southwick, MA.

4. Katherine Corbin: 1067 Pleasant Street, Palmer, MA.

5. Elizabeth Gillette: 138 Beauregard Terrace, Chicopee, MA.

6. Victor Santiago Rosado: 453 Goodwin Street, Springfield, MA.

7. Juan Robles: 77 Lowell Street, Springfield, MA.

8. Carlos Claudio Cotto: 5 Vernon Street, Holyoke, MA.

Dated: Springfield, Massachusetts
       May 1, 2006

LAW OFFICES OF ROBERT ARONSON

By _____
Robert Aronson, Esq.

Attorney for Defendant Berkshire
  Manufacturing Corporation
101 State Street
Springfield, Massachusetts  01103
Telephone:  (413) 733-2600
Facsimile:  (413) 737-4318
BBO No.  541800

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand on May 1, 2006.

_____
Robert Aronson