UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CARLOS CLAUDIO COTTO,   )
          Plaintiff  )
     )
v.   )   Civil Action No. 04-30216-KPN
     )
BERKSHIRE MANUFACTURING   )
CORPORATION,   )
          Defendant  )

SPECIAL VERDICT
May 5, 2006

LIABILITY

   A.   Lay Off

   1. Has Carlos Claudio Cotto, Plaintiff, proven by a preponderance of the evidence that the job Mr. Claudio was performing remained open after he was laid off?

      _____ Yes      __✓__ No

   2. Has Plaintiff, proven by a preponderance of the evidence that Defendant attempted to hire or actually hired an individual with roughly equivalent qualifications as Plaintiff to perform substantially the same work?

      _____ Yes      __✓__ No

**If your answer to both questions 1 and 2 is "Yes," go on to question 3. If your answer to either question 1 or 2 is "No," skip to question 6.**

   3. Has Defendant articulated a legitimate, nondiscriminatory business reason for laying off Plaintiff?

      _____ Yes      _____ No

**If your answer is "Yes," go on to question 4.  If your answer is "No," skip to question 5.**

4. Has Plaintiff proven to you by a preponderance of the evidence that the reason stated by Defendant was not the true reason for laying Plaintiff off, but was merely a pretext for discriminating against Plaintiff because of his national origin?

_____ Yes          _____ No

**Go on to question 5.**

5. Has Plaintiff proven to you by a preponderance of the evidence that national origin was a determinative or motivating factor in connection with Defendant's decision to lay him off?

_____ Yes          _____ No

**Go on to question 6.**

B.     <u>Rehiring</u>

6. Has Plaintiff proven by a preponderance of the evidence that he was qualified to perform a job which existed at Defendant when it did not rehire him?

_____ Yes          \_\_✓\_\_ No

7. Has Plaintiff proven by a preponderance of the evidence that Defendant attempted to hire or actually hired an individual with roughly equivalent qualifications as Plaintiff to perform substantially the same work?

_____ Yes          \_\_✓\_\_ No

**If your answer to both questions 6 and 7 is "Yes," go on to question 8.  If your answer to either question 6 or 7 is "No," skip to the instructions preceding question 11.**

8. Has Defendant articulated a legitimate, nondiscriminatory business reason for not rehiring Plaintiff?

_____ Yes          _____ No

**If your answer is "Yes," go on to question 9. If your answer is "No," skip to question 10.**

9. Has Plaintiff proven to you by a preponderance of the evidence that the reason stated by Defendant was not the true reason for not rehiring Plaintiff, but was merely a pretext for discriminating against Plaintiff because of his national origin?

_____ Yes          _____ No

**Go on to question 10.**

10. Has Plaintiff proven to you by a preponderance of the evidence that national origin was a determinative or motivating factor in connection with Defendant's decision to not rehire him?

_____ Yes          _____ No

**If your answer is "Yes," go on to question 11. If your answer is "No," continue to the instructions preceding question 11.**

DAMAGES

**Instructions: Answer the following questions only if you have answered "Yes" to either question 5 or question 10 or both. Otherwise, skip to the signature line and return to the courtroom.**

11. Has Plaintiff proven by a preponderance of the evidence that Defendant's unlawful discrimination caused him to suffer a loss of back pay?

_____ Yes          ✓ No

3

**If your answer is "Yes," go on to question 12.  If your answer is "No," skip to question 13.**

12. What is the dollar amount of back pay damages to which Plaintiff is entitled?

$_____ (in figures)

_____ (in words)

13. Has Plaintiff proven by a preponderance of the evidence that Defendant's unlawful discrimination caused him to suffer a loss of front pay?

_____ Yes          \_\_✓\_\_ No

**If your answer is "Yes," go on to question 14.  If your answer is "No," skip to question 15.**

14. What is the dollar amount of front pay damages to which Plaintiff is entitled?

$_____ (in figures)

_____ (in words)

15. Has Plaintiff proven by a preponderance of the evidence that Defendant's unlawful discrimination caused him to suffer emotional distress damages?

_____ Yes          \_\_✓\_\_ No

**If your answer is "Yes," go on to question 16.  If your answer is "No," skip to the signature line and return to the courtroom.**

4

16. What is the dollar amount of emotional distress damages to which Plaintiff is entitled?

$_____ (in figures)

_____ (in words)

**Complete the signature and date lines and return to the courtroom.**

_____   5/5/06
Foreperson                              Date