UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CARLOS CLAUDIO COTTO, )
             Plaintiff )
)
)
v. )  Civil Action No. 04-30216-KPN
)
)
BERKSHIRE MANUFACTURING )
CORPORATION, )
             Defendant )

ORDER PROHIBITING POST-VERDICT
CONTACT WITH JURORS
May 5, 2006

NEIMAN, C.M.J.

In implementation of the holding of the Court of Appeals for the First Circuit in

*United States v. Kepreos*, 759 F.2d 961 (1st Cir. 1985), it is hereby Ordered:

      That no counsel, litigant herein, or their agents, shall have any post-verdict contact or discussion of any kind with any member of the jury in the above-entitled matter, except under the supervision of this court as indicated by a prior written order of this court authorizing such contact. Violation of this Order shall result in consideration of the imposition of sanctions upon any offending party.

      Any counsel or litigant who becomes aware of any such contact or attempted contact shall forthwith report the same to this court, in writing, setting forth all known facts with respect thereto.

IT IS SO ORDERED.

                                          /s/ Kenneth P. Neiman
                                          KENNETH P. NEIMAN
                                          Chief Magistrate Judge