UNITED STATES DISTRICT COURT
District of Massachusetts

| | |
|---|---|
| CARLOS CLAUDIO COTTO,<br>   Plaintiff<br><br>  v.<br><br>BERKSHIRE MANUFACTURING<br>CORPORATION,<br>   Defendant | JUDGMENT IN A CIVIL CASE<br><br>Civil Action No. 04-30216-KPN |

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered for Defendant in accord with the jury verdict returned on May 5, 2006.

May 8, 2006            Sarah A. Thornton
Date                 Clerk

                APPROVED AS TO FORM:

                /s/ Kenneth P. Neiman
                KENNETH P. NEIMAN
                Chief Magistrate Judge

            By: /s/ Bethaney A. Healy
                Deputy Clerk